Exhibit A



# 作品登记证书

No. 00950854

登 记 号：国作登字-2019-F-00950854

作品名称：WR UP SNUG

作品类别：美术作品

作　　者：Carlo Freddi, Margherita Freddi

著作权人：弗雷迪股份公司（Freddy S.p.A.）

创作完成日期：2012年10月25日

首次发表日期：2012年10月25日

　　以上事项，由弗雷迪股份公司（Freddy S.p.A.）申请，经中国版权保护中心审核，根据《作品自愿登记试行办法》规定，予以登记。

登记日期：2019年12月09日

登记机构签章



中华人民共和国国家版权局统一监制









[Translation]

# WORK RECORDATION CERTIFICATE

No.00950854

Reg. No.: Guo Zuo Deng Zi – 2019-F-00950854

Name of the Work: WR UP SNUG

Type of the Work: Fine art

The author of the Work: Carlo Freddi, Margherita Freddi

Owner of the copyright: FREDDY S.P.A.

The completion date: October 25, 2012

The first publication date: October 25, 2012

The above items are provided by FREDDY S.P.A. Being examined by the China Copyright Protection Center, pursuant to Trial Measures for Voluntary Registration of Works, the above application for copyright registration is recorded.

Registration date: December 9, 2019

National Copyright Administration of P.R.C.
(Seal of voluntary registration of works)



# Exhibit B



Jeffrey Sladkus
jeff@sladlaw.com

November 6, 2018

<u>Via E-Mail</u> - legal@shopify.com
Shopify Inc.
Legal Operations
150 Elgin Street, 8th Floor
Ottawa, Ontario K2P 1L4
CANADA

Re:    Notice of Infringing Content Hosted on Shopify Website and Request for Removal

Dear Sir or Madam,

This firm represents Freddy S.p.a. ("Freddy") in its U.S. intellectual property matters. Freddy is a leading manufacturer of unique and innovative sports clothing, footwear and related accessories. Freddy also greatly values the intellectual property in its innovative products and takes appropriate steps to protect and enforce its valuable intellectual property.  To this end, Freddy owns **U.S. Patent No. 9,320,306** for its WR.UP® Shaping Effect pants.  A copy of the Patent is enclosed for your reference as **Exhibit A**.

It has come to our attention that Best Yoga Store, through its website located at bestyogastore.us ("BestYoga"), has copied and is offering for sale various pants under the Hiney Trainer and Super Tush Trainers brands that are <u>identical</u> to Freddy's WR.UP® Shaping Effect pants (the "Infringing Pants").  BestYoga's manufacture, sale, offer for sale or importation of the Infringing Pants into the United States constitutes willful patent infringement pursuant to 35 U.S.C. § 271. Based upon the foregoing, Freddy will be entitled to enjoin BestYoga's continued sale and importation of the Infringing Pants into the United States, as well as to an award of damages, interest, costs and attorneys' fees for BestYoga's willful infringement.

We understand that Shopify Inc. ("Shopify") is the internet service provider for BestYoga's website. The purpose of this letter is to provide notice to Shopify of the infringing conduct of its customer and to demand that the pages through which the infringing products are being displayed be immediately taken down. The products depicted in these images infringe Freddy's patent rights. Further, by hosting a website that facilitates sales of the Infringing Pants, Shopify materially contributes to BestYoga's infringing conduct.

In light of the foregoing, failure to comply with this request may result in Shopify being held contributorily liable for BestYoga's direct infringement. "The test for contributory infringement has been formulated as 'one who, with knowledge of the infringing activity, induces, causes or materially contributes to the infringing conduct of another.'" *Casella v. Morris*, 820 F.2d 362, 365 (11th Cir. 1987)). "Material contribution turns on whether the activity in question 'substantially assists' direct infringement. There is no question that providing direct infringers with server space satisfies that standard." *Louis Vuitton Malletier, S.A. v. Akanoc Sols., Inc.*, 658 F.3d 936, 943 (9th Cir. 2011) (upholding judgment for plaintiff on claims of



contributory copyright and trademark infringement against ISP where the servers hosting websites selling counterfeit goods were an essential step in the infringement process).

We hereby demand that Shopify immediately remove or disable access to the images and webpages at the URLs listed on the attached **Exhibit B** and otherwise cease all conduct that substantially assists BestYoga's sale and distribution of the Infringing Pants.

Please advise if you have any questions; otherwise, please let us have your prompt written confirmation that you have complied with this request so that we may advise our client.

Very truly yours,
THE SLADKUS LAW GROUP

Jeffrey Sladkus

Enclosure

2



Exhibit A - U.S. Patent No. 9,320,306

ATTACHED TO EMAIL



## Exhibit B – List of BestYoga Web Addresses Selling Infringing Pants

1. https://bestyogastore.us/
2. https://bestyogastore.us/products/l2s
3. https://bestyogastore.us/products/ellw
4. https://bestyogastore.us/products/criss
5. https://bestyogastore.us/products/dl
6. https://bestyogastore.us/products/sun
7. https://bestyogastore.us/products/cmpg
8. https://bestyogastore.us/products/casuals
9. https://bestyogastore.us/products/lhw
10. https://bestyogastore.us/products/yoga-ballet-bandage-leggings
11. https://bestyogastore.us/products/yoga-goddess-ribbed-leggings
12. https://bestyogastore.us/products/metal
13. https://bestyogastore.us/products/dh

4825-1425-7274, v. 1

# Exhibit C



Jason H. Cooper
Jason@sladlaw.com

February 5, 2020

<u>Via E-Mail -</u> legal@shopify.com
Shopify Trust & Safety
Shopify Inc.
150 Elgin Street
8th Floor
Ottawa, Ontario, K2P 1L4
Canada

Re:    Notice of Infringing Content Hosted on Shopify Website and Request for Removal.

Dear Sir or Madam,

This firm represents Freddy S.p.A. ("Freddy") in certain of its intellectual property matters. Freddy is a leading manufacturer of unique and innovative sports clothing, footwear and related accessories. Freddy greatly values the intellectual property in its innovative products and takes appropriate steps to protect and enforce its valuable intellectual property.  To this end, Freddy owns Chinese Copyright Registration No. 00950854 covering the stitching design of its WR.UP® Shaping Effect pants.  A copy of the registration certificate is enclosed for your reference as **Exhibit A**.

It has come to our attention that your customer, Best Yoga Store, through its website located at bestyogastore.us ("BestYoga"), has copied and is offering for sale various pants containing a stitching design <u>identical</u> to the stitching design covered by Freddy's Chinese copyright registration (the "Infringing Pants"). BestYoga's website displays numerous pictures and videos of the pants bearing the infringing design, some of which are intended to emphasize the stitching at issue. Examples are below.

<u>Freddy's Copyrighted Design</u>                    <u>BestYoga's Infringing Copies</u>




BestYoga's reproduction, display, distribution, manufacture, sale, offer for sale and/or importation of the Infringing Pants into the United States constitutes willful copyright infringement in violation of the U.S. Copyright Act, 17 U.S.C. § 101 *et seq.* Based on the foregoing, Freddy is entitled: (1) to enjoin such continued actions by BestYoga; and (2) an award of damages for BestYoga's willful copyright infringement.

1397 CARROLL DRIVE
ATLANTA, GA 30318

TEL 404.252.0900
FAX 404.252.0970
WWW.SLADLAW.COM



We understand that Shopify Inc. ("Shopify") is the internet service provider for BestYoga's website. The purpose of this letter is to provide notice to Shopify of the infringing conduct of its customer and to demand that the pages through which the Infringing Pants are displayed be immediately taken down. The products depicted in these images infringe Freddy's copyrights in the stitching design. Further, by hosting a website that facilitates sales of the Infringing Pants, Shopify materially contributes to BestYoga's infringing conduct.

Failure to comply with this request may result in Shopify being held contributorily liable for BestYoga's direct infringement. "The test for contributory infringement has been formulated as 'one who, with knowledge of the infringing activity, induces, causes or materially contributes to the infringing conduct of another.'" *Casella v. Morris*, 820 F.2d 362, 365 (11th Cir. 1987)). "Material contribution turns on whether the activity in question 'substantially assists' direct infringement. There is no question that providing direct infringers with server space satisfies that standard." *Louis Vuitton Malletier, S.A. v. Akanoc Sols., Inc.*, 658 F.3d 936, 943 (9th Cir. 2011) (upholding judgment for plaintiff on claims of contributory copyright and trademark infringement against ISP because the servers hosting websites selling counterfeit goods were an essential step in the infringement process).

We hereby demand that Shopify immediately remove and disable access to the content and webpages at the URLs listed on the attached **Exhibit B** and otherwise cease all conduct that substantially assists BestYoga's sale and distribution of the Infringing Pants. Under the DMCA, 17 U.S.C. § 512, Freddy S.p.A. has a good faith belief that use of the material in the manner complained of is not authorized and that the information contained in this notice is accurate. Under penalty of perjury, the undersigned firm is authorized to act on behalf of Freddy S.p.A.

Please advise if you have any questions; otherwise, please let us have your prompt written confirmation that you have complied with this request so that we may advise our client.

Very truly yours,
THE SLADKUS LAW GROUP

Jason H. Cooper, Esq.

Enclosure



<u>Exhibit A – Chinese Copyright Registration No. 00950854</u>

ATTACHED TO EMAIL



**Exhibit B – List of BestYoga Web Addresses Selling/Displaying Infringing Pants**

1. https://bestyogastore.us/
2. https://bestyogastore.us/products/l2s
3. https://bestyogastore.us/products/ellw
4. https://bestyogastore.us/products/dl
5. https://bestyogastore.us/products/casuals
6. https://bestyogastore.us/products/lhw
7. https://bestyogastore.us/products/dh
8. https://bestyogastore.us/collections/flattering-fit/leather
9. https://bestyogastore.us/collections/flattering-fit/products/l2sw
10. https://bestyogastore.us/collections/flattering-fit/products/l2sbm
11. https://bestyogastore.us/collections/flattering-fit/products/l2sbr
12. https://bestyogastore.us/collections/flattering-fit/products/l2sr
13. https://bestyogastore.us/collections/flattering-fit/products/l2sb
14. https://bestyogastore.us/collections/flattering-fit/products/lhb
15. https://bestyogastore.us/collections/legging
16. https://bestyogastore.us/collections/flattering-fit
17. https://bestyogastore.us/collections/flattering-fit/Denim
18. https://bestyogastore.us/collections/flattering-fit/Knitted
19. https://bestyogastore.us/collections/clothing/casual

Exhibit D

**DMCA Counter Notice | bestyogastore.us**

**1. Shopify Merchant Contact Information**

First Name: Abdeslam

Last Name: KALAI

Phone: 0677252062

Email: kalaiphony@gmail.com

Address: 12 Rue Jebel Al Ayachi Appt 2 Agdal

City: Rabat

ZIP/Postal Code: 10000

Country: Morocco

State/Province: Rabat

Company/Organization: KALAI PHONY

**2. Material(s) Subject to the Counter Notice**

Report ID: 739f0832-baed-4639-8f5a-a6110a3018bb

https://bestyogastore.us/collections/flattering-fit/products/dhb?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/limited-edition-non-animal-eco-leather-pants-with-a-built-in-tush-push-up-trainer-x-edition-lifts-supports-flattering-fit?lshst=collection

https://bestyogastore.us/collections/legging/products/mko?lshst=collection

https://bestyogastore.us/collections/legging/products/kowlh?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/kol?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/dss?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/hwgyk?lshst=collection

https://bestyogastore.us/collections/legging/products/l2sw?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/dl?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/camoht?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/cobk?lshst=collection

https://bestyogastore.us/collections/legging/products/l2sbr?lshst=collection

https://bestyogastore.us/collections/legging/products/dbkh?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/mkg?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/dlbu?lshst=collection

https://bestyogastore.us/collections/legging/products/l2sbm?lshst=collection
https://bestyogastore.us/collections/legging/products/casuals?lshst=collection
https://bestyogastore.us/collections/flattering-fit/products/l2sbm?lshst=collection
https://bestyogastore.us/collections/flattering-fit/products/mko?lshst=collection
https://bestyogastore.us/collections/legging/products/dsd?lshst=collection
https://bestyogastore.us/collections/legging/products/dlbul?lshst=collection
https://bestyogastore.us/collections/flattering-fit/products/l2s?lshst=collection
https://bestyogastore.us/collections/flattering-fit/products/ddbul?lshst=collection
https://bestyogastore.us/collections/flattering-fit/products/camou?lshst=collection
https://bestyogastore.us/collections/legging/products/dbkl?lshst=collection
https://bestyogastore.us/collections/legging/products/limited-edition-high-waisted-eco-leather-with-a-built-in-tush-push-up-trainer-x-edition-lifts-supports-flattering-fit?lshst=collection
https://bestyogastore.us/collections/flattering-fit/products/klhr?lshst=collection
https://bestyogastore.us/collections/flattering-fit/products/lhw?lshst=collection
https://bestyogastore.us/collections/legging/products/dgl?lshst=collection
https://bestyogastore.us/collections/legging/products/mkwl?lshst=collection
https://bestyogastore.us/collections/flattering-fit/products/ddbu?lshst=collection
https://bestyogastore.us/collections/flattering-fit/products/dgl?lshst=collection
https://bestyogastore.us/collections/legging/products/l2s?lshst=collection
https://bestyogastore.us/collections/legging/products/l2sr?lshst=collection
https://bestyogastore.us/collections/flattering-fit/products/dgdhl?lshst=collection
https://bestyogastore.us/collections/flattering-fit/products/dgh?lshst=collection
https://bestyogastore.us/collections/flattering-fit/products/lhb?lshst=collection
https://bestyogastore.us/collections/legging/products/mkg?lshst=collection
https://bestyogastore.us/collections/legging/products/ellw?lshst=collection
https://bestyogastore.us/collections/flattering-fit/products/dbkl?lshst=collection
https://bestyogastore.us/collections/flattering-fit/products/limited-edition-high-waisted-eco-leather-with-a-built-in-tush-push-up-trainer-x-edition-lifts-supports-flattering-fit?lshst=collection
https://bestyogastore.us/collections/legging/products/dh?lshst=collection
https://bestyogastore.us/collections/legging/products/limited-edition-non-animal-eco-

leather-pants-with-a-built-in-tush-push-up-trainer-x-edition-lifts-supports-flattering-fit?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/mkwl?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/dh?lshst=collection

https://bestyogastore.us/collections/legging/products/ddbu?lshst=collection

https://bestyogastore.us/collections/legging/products/knitwh?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/dbkh?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/knitwh?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/sttb?lshst=collection

https://bestyogastore.us/collections/legging/products/camoht?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/dlbul?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/ellw?lshst=collection

https://bestyogastore.us/collections/legging/products/l2sb?lshst=collection

https://bestyogastore.us/collections/legging/products/dlbu?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/l2sbr?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/l2sb?lshst=collection

https://bestyogastore.us/collections/legging/products/dgh?lshst=collection

https://bestyogastore.us/collections/legging/products/ddbul?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/l2sw?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/dsd?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/dblb?lshst=collection

https://bestyogastore.us/collections/legging/products/dgdhl?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/l2sr?lshst=collection

https://bestyogastore.us/collections/flattering-fit/products/cotbl?lshst=collection

https://bestyogastore.us/collections/legging/products/kol?lshst=collection

https://bestyogastore.us/collections/legging/products/dl?lshst=collection

## 3. Shopify Merchant Declarations

I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.

I will accept service of process from the party who submitted the DMCA Infringement Notice

referred to above or its agent.

I swear, under penalty of perjury, that I have a good faith belief that the affected material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled and that I am the merchant subject to the DMCA Takedown Notice referred to above or I am authorised to act on behalf of that merchant.

I acknowledge that a copy of this counter notification, including my full name and contact information, will be provided to the party that submitted the DMCA Takedown Notice referred to above.

## 4. Electronic Signature

Abdeslam KALAI

Exhibit **E**

**Jason H. Cooper**

| | |
|---|---|
| **From:** | gs-abuse@griffeshield.com |
| **Sent:** | Friday, July 3, 2020 3:17 PM |
| **To:** | google-cloud-compliance@google.com |
| **Subject:** | Urgent Notice of IP Rights Infringement and Request for Removal |
| **Attachments:** | DI 001-0 - Complaint Freddy SpA v Kalai.pdf; DI 001-1 - Complaint Ex A.pdf; US9320306B2.pdf; US2013312157A1.pdf; US2013316617A1.pdf; USA    US9320306B2.pdf |

| | |
|---|---|
| **Importance:** | High |

Dear Sir or Madam,

GriffeShield rl represents Freddy S.p.a. ("Freddy") in its intellectual property matters.

Freddy is a leading manufacturer of unique and innovative sports clothing, footwear and related accessories. Freddy also greatly values the intellectual property in its innovative products and takes appropriate steps to protect and enforce its valuable intellectual property. To this end, Freddy owns

U.S. Patent No. 9,320,306 for its WR.UP® Shaping Effect pants. A copy of the Patent is enclosed for your reference as Exhibit A.

It has come to our attention that Best Yoga Store, through its website located at bestyogastore.us ("BestYoga"), has copied and is offering for sale various pants under the Hiney Trainer and Super Tush Trainers brands that are identical to Freddy's WR.UP® Shaping Effect pants

(the "Infringing Pants"). BestYoga's manufacture, sale, offer for sale or importation of the Infringing Pants into the United States constitutes willful patent infringement pursuant to 35 U.S.C. § 271.

Based upon the foregoing, Freddy will be entitled to enjoin BestYoga's continued sale and importation of the Infringing Pants into the United States, as well as to an award of damages, interest, costs and attorneys' fees for BestYoga's willful infringement.

We understand that Google LLC ("Google") is the internet service provider for BestYoga's website. The purpose of this letter is to provide notice to Google of the infringing conduct of its customer and to demand that the pages through which the infringing products are being

displayed be immediately taken down. The products depicted in these images infringe Freddy's patent rights. Further, by hosting a website that facilitates sales of the Infringing Pants, Google materially contributes to BestYoga's infringing conduct.

In light of the foregoing, failure to comply with this request may result in Google being held contributorily liable for BestYoga's direct infringement. "The test for contributory infringement has been formulated as 'one who, with knowledge of the infringing activity,

induces, causes or materially contributes to the infringing conduct of another.'" Casella v. Morris, 820 F.2d 362, 365 (11th Cir. 1987)). "Material contribution turns on whether the activity in question 'substantially assists' direct infringement. There is no question that providing direct

infringers with server space satisfies that standard." Louis Vuitton Malletier, S.A. v. Akanoc Sols., Inc., 658 F.3d 936, 943 (9th Cir. 2011) (upholding judgment for plaintiff on claims of contributory copyright and trademark infringement against ISP where the servers hosting

websites selling counterfeit goods were an essential step in the infringement process).


We hereby demand that Google immediately remove or disable access to the images and webpages at the URLs listed below and otherwise cease all conduct that substantially assists BestYoga's sale and distribution of the Infringing Pants.

Please advise if you have any questions; otherwise, please let us have your prompt written confirmation that you have complied with this request so that we may advise our client.


Links to the infringing contents:

https://bestyogastore.us/2020-high-waisted-eco-leather-with-built-in-super-hiney-trainer-with-waist-control/
https://bestyogastore.us/2020-mid-high-waist-red-color-eco-leather-pants-lifts-supports/
https://bestyogastore.us/2020-mid-waisted-black-denim-jeans-lifts-supports-for-a-flattering-fit/
https://bestyogastore.us/2020-nova-sleeveless-black-tank-top-limited-edition/
https://bestyogastore.us/black-cotton-pants-lift-support/
https://bestyogastore.us/black-grey-denim-lifts-supports/
https://bestyogastore.us/black-matte-eco-leather-pants-lifts-supports/
https://bestyogastore.us/blue-color-eco-leather-pants-lifts-supports/
https://bestyogastore.us/brown-color-eco-leather-pants-lifts-supports/
https://bestyogastore.us/buttons-high-waist-denim-dark-blue-lifts-supports-white-stitching/
https://bestyogastore.us/camo-pants-lifts-supports/
https://bestyogastore.us/dark-blue-cotton-pants-lift-support/
https://bestyogastore.us/dark-stitching-mid-high-waist-denim-jeans-lifts-supports/
https://bestyogastore.us/high-rise-black-denim-lifts-supports/
https://bestyogastore.us/high-rise-dark-blue-jeans-lift-support/
https://bestyogastore.us/high-rise-grey-denim-jeans-lifts-supports/
https://bestyogastore.us/high-rise-light-blue-denim-lift-support/
https://bestyogastore.us/high-waist-blue-denim-lifts-supports/
https://bestyogastore.us/high-waist-eco-leather-with-a-built-in-tush-push-up-trainer-x-edition/
https://bestyogastore.us/high-waist-gray-knitted-lift-support/
https://bestyogastore.us/knitted/#
https://bestyogastore.us/knitted-high-rise-white-pants-lift-support/
https://bestyogastore.us/knitted-high-waist-olive-pants-lift-support/
https://bestyogastore.us/knitted-mid-waist-olive-pants-lift-support/
https://bestyogastore.us/knitted-pants-lifts-supports/
https://bestyogastore.us/mid-waist-dark-blue-denim/
https://bestyogastore.us/mid-waist-denim-jeans-lifts-supports/
https://bestyogastore.us/mid-waist-gray-knitted-lift-support/

https://bestyogastore.us/mid-waist-grey-denim-lifts-supports/
https://bestyogastore.us/mid-waist-light-blue-denim-jeans-lift-support/
https://bestyogastore.us/red-cotton-pants-lift-support/
https://bestyogastore.us/shiny-black-eco-leather-lifts-supports/
https://bestyogastore.us/white-color-eco-leather-pants-lifts-supports/
https://bestyogastore.us/white-denim-jeans-lifts-supports/
https://bestyogastore.us/white-knitted-mid-waist-pants-with-built-in-super-hiney-trainer-x/

Sincerely,

**GriffeShield Online Brand Protection Department**

**GriffeShield S.r.l.**
Via Aldo Moro, 45 - 30020 Quarto d'Altino (VE) Italy
Phone: (+39) 0422.1575498
abuse@griffeshield.com
www.griffeshield.com



**WARNING: our spam filters may occasionally eliminate legitimate e-mails from clients.**
**If your e-mail contains important instructions, please ensure that we acknowledge receipt of those instructions.**

This e-mail is confidential and may contain attorney privileged information intended for the addressee(s) only.
Questo e-mail è riservato e tutelato dal segreto professionale ed è rivolto esclusivamente ai destinatari identificati.
Ce courriel est confidentiel, il est couvert par le secret professionnel et entièrement réservé aux seuls destinataires identifiés.
Este e-mail es confidencial y está protegido por el secreto profesional y dirigido exclusivamente a los destinatarios identificados.

**Jason H. Cooper**

| | |
|---|---|
| **From:** | ads-trademarks-support via GRIFFESHIELD - abuse <abuse@griffeshield.com> |
| **Sent:** | Tuesday, July 14, 2020 7:56 AM |
| **To:** | abuse@griffeshield.com |
| **Subject:** | [Case: 80-908152] Your Request to Google |

Thanks for reaching out to us!

We have received your legal request. We receive many such complaints each day; your message is in our queue, and we'll get to it as quickly as our workload permits.

Due to the large volume of requests that we experience, please note that we will only be able to provide you with a response if we determine your request may be a valid and actionable legal complaint, and we may respond with questions or requests for clarification. For more information on Google's Terms of Service, please visit http://www.google.com/accounts/TOS

Regards,
Google Legal Support Team

On Jul 14, 2020 at 11:55 AM UTC, noreply+support@google.com wrote:

        country_residence: IT
        full_name: Alessandra Onor
        companyname: Griffeshield srl
        contact_email_noprefill: abuse@griffeshield.com
        relation_to_tm_owner: Authorized agent
        counterfeit_what_trademark: Freddy spa
        counterfeit_location:
        https://bestyogastore.us/2020-high-waisted-eco-leather-with-built-in-super-hiney-trainer-with-waist-control/

        https://bestyogastore.us/2020-mid-high-waist-red-color-eco-leather-pants-lifts-supports/

        https://bestyogastore.us/2020-mid-waisted-black-denim-jeans-lifts-supports-for-a-flattering-fit/

        https://bestyogastore.us/2020-nova-sleeveless-black-tank-top-limited-edition/

        https://bestyogastore.us/black-cotton-pants-lift-support/

        https://bestyogastore.us/black-grey-denim-lifts-supports/

        https://bestyogastore.us/black-matte-eco-leather-pants-lifts-supports/

        https://bestyogastore.us/blue-color-eco-leather-pants-lifts-supports/

        https://bestyogastore.us/brown-color-eco-leather-pants-lifts-supports/

        https://bestyogastore.us/buttons-high-waist-denim-dark-blue-lifts-supports-white-stitching/

https://bestyogastore.us/camo-pants-lifts-supports/

https://bestyogastore.us/dark-blue-cotton-pants-lift-support/

https://bestyogastore.us/dark-stitching-mid-high-waist-denim-jeans-lifts-supports
counterfeit_what_good: The pants reported are an unlawful replica of the
notorious Freddy Wr Up pants. You will find an axample of the original
products here:
https://www.freddy.com/ita_it/donna/wr-upr/wr-upr-
pantaloni.html?gclid=EAIaIQobChMIiIjDgdbM6gIVQRV7Ch0wLgzXEAAYASAAEgJRf_D_BwE
counterfeit_clarifications: It is also important to highlight that the
original Freddy spa' pants are also protected through invention patent and
copyright, and that your client has been sued by our client. We have all
the documetation to prove our client rights and legal actions
counterfeit_trademark_owner_name: freddy spa
counterfeit_address: Via Santo Spirito, 14 - 20121 Milano Italy
counterfeit_business_website: https://www.freddy.com/
list_country_trademark: Wipo 943723 , Wipo 843857, Wipo 568732, Wipo 906798
consent_counterfeit_statement1: dmca_consent_1
consent_counterfeit_statement2: dmca_consent_2
consent_counterfeit_statement3: dmca_consent_3
subject_lr_counterfeit: Your Request to Google
hidden_product: googlecloudstorage
hidden_ctx:
geolocation: IT
hidden_uraw:


:---- Automatically added fields ----:
Language: en
IIILanguage: en
country_code: IT
auto-helpcenter-id: 1647639
auto-helpcenter-name: legal
auto-internal-helpcenter-name: legal
auto-full-url:
https://support.google.com/legal/contact/lr_counterfeit?product=googlecloudstorage&uraw=
auto-user-logged-in: true
auto-user-was-internal: false
IssueType: lr_counterfeit
form-id: lr_counterfeit
form: lr_counterfeit
subject-line-field-id: subject_lr_counterfeit
body-text-field-id:
AutoDetectedBrowser: Chrome 83.0.4103.116
AutoDetectedOS: Windows NT 10.0
MendelExperiments:
10800177,10800235,10800244,10800253,10800267,10800284,10800286,10800300,10800348
Form.support-content-visit-id: 637303237929933705-2017055836

2

**Jason H. Cooper**

| | |
|---|---|
| **From:** | abuse@griffeshield.com <gs-abuse@griffeshield.com> |
| **Sent:** | Tuesday, September 15, 2020 11:40 AM |
| **To:** | Google-cloud-compliance@google.com |
| **Subject:** | Urgent Notice of IP Rights Infringement and Request for Removal |
| **Attachments:** | poa cn en.pdf;  USA    US9320306B2.pdf; copyright freddy.pdf |

Dear Sir or Madam,

Griffeshield S.r.l. is authorized to act in behalf of Freddy S.p.A. to notice online abuses for Freddy trademark and follow the removal procedure tracking any change.

Please verify the authorizations to Griffeshield by the owner of the trademark to protect products, trademark and patent on the Internet in annex.

Freddy is a leading manufacturer of unique and innovative sports clothing, footwear and related accessories. Freddy also greatly values the intellectual property in its innovative products and takes appropriate steps to protect and enforce its valuable intellectual property. To this end, Freddy owns a U.S. Patent No. 9,320,306 for its WR.UP® Shaping Effect pants. A copy of the Patent is enclosed for your reference.

This product features a unique design, designed to perfectly shape the waist, hips and thighs. In particular, a silicone band has been positioned at the waist which, together with the special circular-shaped seams present under the buttocks, create a push-up effect. It should be noted that the above seams are protected by copyright.

Other characterizing elements are the enameled logo sewn on the back pocket, the white central cross loop and the brand on the silicone band inside the waist.

During the monitoring activities to protect our customer, we detected the presence of counterfeit products in the website "Best yoga store".

BestYoga's manufacture, sale, offer for sale or importation of the Infringing Pants into the United States constitutes willful patent infringement pursuant to 35 U.S.C. § 271.

Based upon the foregoing, Freddy will be entitled to enjoin BestYoga's continued sale and importation of the Infringing Pants into the United States, as well as to an award of damages, interest, costs and attorneys' fees for BestYoga's willful infringement.


We insert the links to the infringing contents:

https://bestyogastore.us/2020-high-waisted-eco-leather-with-built-in-super-hiney-trainer-with-waist-control/

https://bestyogastore.us/2020-mid-high-waist-red-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/2020-mid-waisted-black-denim-jeans-lifts-supports-for-a-flattering-fit/

https://bestyogastore.us/2020-nova-sleeveless-black-tank-top-limited-edition/

https://bestyogastore.us/black-cotton-pants-lift-support/

https://bestyogastore.us/black-grey-denim-lifts-supports/

https://bestyogastore.us/black-matte-eco-leather-pants-lifts-supports/

https://bestyogastore.us/blue-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/brown-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/buttons-high-waist-denim-dark-blue-lifts-supports-white-stitching/

https://bestyogastore.us/camo-pants-lifts-supports/

https://bestyogastore.us/dark-blue-cotton-pants-lift-support/

https://bestyogastore.us/dark-stitching-mid-high-waist-denim-jeans-lifts-supports/

https://bestyogastore.us/high-rise-black-denim-lifts-supports/

https://bestyogastore.us/high-rise-dark-blue-jeans-lift-support/

https://bestyogastore.us/high-rise-grey-denim-jeans-lifts-supports/

https://bestyogastore.us/high-rise-light-blue-denim-lift-support/

https://bestyogastore.us/high-waist-blue-denim-lifts-supports/

https://bestyogastore.us/high-waist-eco-leather-with-a-built-in-tush-push-up-trainer-x-edition/

https://bestyogastore.us/high-waist-gray-knitted-lift-support/

https://bestyogastore.us/knitted/#

https://bestyogastore.us/knitted-high-rise-white-pants-lift-support/

https://bestyogastore.us/knitted-high-waist-olive-pants-lift-support/

https://bestyogastore.us/knitted-mid-waist-olive-pants-lift-support/

https://bestyogastore.us/knitted-pants-lifts-supports/

https://bestyogastore.us/mid-waist-dark-blue-denim/

https://bestyogastore.us/mid-waist-denim-jeans-lifts-supports/

https://bestyogastore.us/mid-waist-gray-knitted-lift-support/

https://bestyogastore.us/mid-waist-grey-denim-lifts-supports/

https://bestyogastore.us/mid-waist-light-blue-denim-jeans-lift-support/

https://bestyogastore.us/red-cotton-pants-lift-support/

https://bestyogastore.us/shiny-black-eco-leather-lifts-supports/

https://bestyogastore.us/white-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/white-denim-jeans-lifts-supports/

https://bestyogastore.us/white-knitted-mid-waist-pants-with-built-in-super-hiney-trainer-x/

We request the removal of the products indicated in the aforementioned links for the following reasons. Primarly, it is evident that the pants shown in the reported images are a faithful reproduction of those of the FREDDY brand with patented WR.UP technology.

In fact, you can see the same circular posterior seams that have the function of shaping the hips and buttocks, thanks to particular technical solutions.

Another characterizing element is the enameled medal sewn on the back pocket.

Lastly, it is possible to notice that the central loop of white color is sewn in an oblique direction. This feature certainly recalls the original Freddy model which, as highlighted above, is composed of two crossed loops, one of which is white.

All the elements described if considered individually may seem irrelevant; however, in their specific combination they, undoubtedly, evoke the design of Freddy pants.

We also insert the screenshot of an image taken from Freddy's official website (left) and the screenshot of an image taken from the website "Bestyogastore"(right) in order to facilitate the identification of the elements described through a visual comparison.

 

Therefore, since the products indicated are identical in the details that give individual character to the Freddy pants, their counterfeiting is evident.

We understand that Google LLC ("Google") is the internet service provider for BestYoga's website. The purpose of this letter is to provide notice to Google of the infringing conduct of its customer and to demand that the pages through which the infringing products are being

displayed be immediately taken down. The products depicted in these images infringe Freddy's patent rights. Further, by hosting a website that facilitates sales of the Infringing Pants, Google materially contributes to BestYoga's infringing conduct.

In light of the foregoing, failure to comply with this request may result in Google being held contributorily liable for BestYoga's direct infringement. "The test for contributory infringement has been formulated as 'one who, with knowledge of the infringing activity,

induces, causes or materially contributes to the infringing conduct of another.'" Casella v. Morris, 820 F.2d 362, 365 (11th Cir. 1987)). "Material contribution turns on whether the activity in question 'substantially assists' direct infringement. There is no question that providing direct

infringers with server space satisfies that standard." Louis Vuitton Malletier, S.A. v. Akanoc Sols., Inc., 658 F.3d 936, 943 (9th Cir. 2011) (upholding judgment for plaintiff on claims of contributory copyright and trademark infringement against ISP where the servers hosting websites selling counterfeit goods were an essential step in the infringement process).

We hereby demand that Google immediately remove or disable access to the images and webpages at the URLs listed below and otherwise cease all conduct that substantially assists BestYoga's sale and distribution of the Infringing Pants.

Please advise if you have any questions; otherwise, please let us have your prompt written confirmation that you have complied with this request so that we may advise our client.

Thank you in advance for your understanding and cooperation.

**GriffeShield Online Brand Protection Department**

**GriffeShield S.r.l.**
Via Aldo Moro, 45 - 30020 Quarto d'Altino (VE) Italy
Phone: (+39) 0422.1575498
abuse@griffeshield.com
www.griffeshield.com



**WARNING: our spam filters may occasionally eliminate legitimate e-mails from clients.**
**If your e-mail contains important instructions, please ensure that we acknowledge receipt of those instructions.**
..............................................................................................................................................................

This e-mail is confidential and may contain attorney privileged information intended for the addressee(s) only.
Questo e-mail è riservato e tutelato dal segreto professionale ed è rivolto esclusivamente ai destinatari identificati.
Ce courriel est confidentiel, il est couvert par le secret professionnel et entièrement réservé aux seuls destinataires identifiés.
Este e-mail es confidencial y está protegido por el secreto profesional y dirigido exclusivamente a los destinatarios identificados.

https://whois.domaintools.com/bestyogastore.us
Captured: 08 September 2021, 22:53:51

HOME    **RESEARCH**

**DOMAINTOOLS**    PROFILE ▾    CONNECT ▾    MONITOR ▾    SUPPORT    `107.178.245.252`    LOGIN    **Sign Up**

Home  ›  Whois Lookup  ›  BestYogaStore.us

## Whois Record for BestYogaStore.us

How does this work?

### — Domain Profile

| | |
|---|---|
| Registrant | REDACTED FOR PRIVACY (DT) |
| Registrant Country | us |
| Registrar | NameCheap, Inc.<br>IANA ID: 1068<br>URL: http://www.namecheap.com<br>Whois Server: whois.namecheap.com<br>  abuse@namecheap.com<br>(p) 16613102107 |
| Registrar Status | clientTransferProhibited |
| Dates | 1,784 days old<br>Created on 2016-10-20<br>Expires on 2025-10-19<br>Updated on 2021-03-09 |
| Name Servers | DNS1.REGISTRAR-SERVERS.COM (has 7,596,815 domains)<br>DNS2.REGISTRAR-SERVERS.COM (has 7,596,815 domains) |
| Tech Contact | REDACTED FOR PRIVACY (DT)<br>REDACTED FOR PRIVACY (DT)<br>REDACTED FOR PRIVACY (DT), CA, REDACTED FOR PRIVACY (DT), us<br>(p) REDACTED FOR PRIVACY (DT) (f) REDACTED FOR PRIVACY (DT) |
| IP Address | 107.178.245.252 - 1,752 other sites hosted on this server |
| IP Location | — Missouri - Kansas City - Google |
| ASN | — AS15169 GOOGLE, US (registered Mar 30, 2000) |
| Domain Status | Registered And Active Website |
| IP History | 6 changes on 6 unique IP addresses over 5 years |
| Hosting History | 3 changes on 2 unique name servers over 5 years |

### — Website

| | |
|---|---|
| Website Title | 500 SSL negotiation failed: |
| Response Code | 500 |

Whois Record ( last updated on 2021-09-08 )



```
Domain Name: bestyogastore.us
Registry Domain ID: D55864805-US
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2021-03-09T13:29:02+00:00
    2021-03-09
Creation Date: 2016-10-20T14:46:55+00:00
    2016-10-20
Registrar Registration Expiration Date: 2025-10-19T23:59:59+00:00
    2025-10-19
Registrar: NameCheap, Inc.
Sponsoring Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: 16613102107
Status:
    clientTransferProhibited
Registry Registrant ID: C55864801-US
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization:
Registrant Street: REDACTED FOR PRIVACY (DT)
Registrant City: REDACTED FOR PRIVACY (DT)
Registrant State/Province: CA
Registrant Postal Code: REDACTED FOR PRIVACY (DT)
Registrant Country: us
Registrant Phone: REDACTED FOR PRIVACY (DT)
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY (DT)
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID: C55864802-US
Admin Name: REDACTED FOR PRIVACY (DT)
Admin Organization:
Admin Street: REDACTED FOR PRIVACY (DT)
Admin City: REDACTED FOR PRIVACY (DT)
Admin State/Province: CA
Admin Postal Code: REDACTED FOR PRIVACY (DT)
Admin Country: us
Admin Phone: REDACTED FOR PRIVACY (DT)
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY (DT)
Admin Fax Ext:
Admin Email: REDACTED FOR PRIVACY (DT)
Registry Tech ID: C55864804-US
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization:
Tech Street: REDACTED FOR PRIVACY (DT)
Tech City: REDACTED FOR PRIVACY (DT)
Tech State/Province: CA
Tech Postal Code: REDACTED FOR PRIVACY (DT)
Tech Country: us
Tech Phone: REDACTED FOR PRIVACY (DT)
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY (DT)
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
    dns1.registrar-servers.com
    dns2.registrar-servers.com
DNSSEC: unsigned
```



DomainTools Iris
More data. Better context.
Faster response.
**Learn More**

⬇ Preview the Full Domain Report

**Tools**

| | |
|---|---|
| Hosting History | |
| Monitor Domain Properties | ▾ |
| Reverse IP Address Lookup | ▾ |
| Network Tools | ▾ |
| Visit Website | |

View Screenshot History

**Available TLDs**

General TLDs    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

■ Taken domain.
■ Available domain.
■ Deleted previously owned domain.

| | |
|---|---|
| BestYogaStore.com | View Whois |
| BestYogaStore.net | Buy Domain |
| BestYogaStore.org | Buy Domain |
| BestYogaStore.info | Buy Domain |
| BestYogaStore.biz | Buy Domain |
| BestYogaStore.us | View Whois |

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information   © 2021 DomainTools

https://whois.domaintools.com/107.178.245.252
Captured: 08 September 2021, 22:54:03

HOME RESEARCH

DOMAINTOOLS PROFILE ▾ CONNECT ▾ MONITOR ▾ SUPPORT Whois Lookup LOGIN Sign Up

Home > Whois Lookup > 107.178.245.252

# IP Information for 107.178.245.252

**— Quick Stats**

| | |
|---|---|
| IP Location | United States Kansas City Google |
| ASN | AS15169 GOOGLE, US (registered Mar 30, 2000) |
| Resolve Host | 252.245.178.107.bc.googleusercontent.com |
| Whois Server | whois.arin.net |
| IP Address | 107.178.245.252 |
| Reverse IP | 1,753 websites use this address. |

```
NetRange:       107.178.192.0 - 107.178.255.255
CIDR:           107.178.192.0/18
NetName:        GOOGLE-CLOUD
NetHandle:      NET-107-178-192-0-1
Parent:         NET107 (NET-107-0-0-0-0)
NetType:        Direct Allocation
OriginAS:       AS15169
Organization:   Google LLC (GOOGL-2)
RegDate:        2014-02-21
Updated:        2015-09-21
Comment:        ** The IP addresses under this netblock are in use by Google Cloud customers

**
Comment:
Comment:        Direct all copyright and legal complaints to
Comment:        https://support.google.com/legal/go/report
Comment:
Comment:        Direct all spam and abuse complaints to
Comment:        https://support.google.com/code/go/gce_abuse_report
Comment:
Comment:        For fastest response, use the relevant forms above.
Comment:
Comment:        Complaints can also be sent to the GC Abuse desk
Comment:        ( google-cloud-compliance@google.com )
Comment:        but may have longer turnaround times.
Comment:
Comment:        Complaints sent to any other POC will be ignored.
Ref:            https://rdap.arin.net/registry/ip/107.178.192.0

OrgName:        Google LLC
OrgId:          GOOGL-2
Address:        1600 Amphitheatre Parkway
City:           Mountain View
StateProv:      CA
PostalCode:     94043
Country:        US
RegDate:        2006-09-29
Updated:        2019-11-01
Comment:        *** The IP addresses under this Org-ID are in use by Google Cloud customers
***
Comment:
Comment:        Direct all copyright and legal complaints to
Comment:        https://support.google.com/legal/go/report
Comment:
Comment:        Direct all spam and abuse complaints to
Comment:        https://support.google.com/code/go/gce_abuse_report
Comment:
Comment:        For fastest response, use the relevant forms above.
Comment:
Comment:        Complaints can also be sent to the GC Abuse desk
Comment:        ( google-cloud-compliance@google.com )
Comment:        but may have longer turnaround times.
Comment:
Comment:        Complaints sent to any other POC will be ignored.
Ref:            https://rdap.arin.net/registry/entity/GOOGL-2

OrgNOCHandle: GCABU-ARIN
OrgNOCName:   GC Abuse
OrgNOCPhone:  +1-650-253-0000
OrgNOCEmail:  google-cloud-compliance@google.com
OrgNOCRef:    https://rdap.arin.net/registry/entity/GCABU-ARIN

OrgAbuseHandle: GCABU-ARIN
OrgAbuseName:   GC Abuse
OrgAbusePhone:  +1-650-253-0000
OrgAbuseEmail:  google-cloud-compliance@google.com
OrgAbuseRef:    https://rdap.arin.net/registry/entity/GCABU-ARIN

OrgTechHandle: ZG39-ARIN
OrgTechName:   Google LLC
OrgTechPhone:  +1-650-253-0000
OrgTechEmail:  arin-contact@google.com
OrgTechRef:    https://rdap.arin.net/registry/entity/ZG39-ARIN
```

DomainTools Iris
More data. Better context. Faster response.
Learn More

Tools

Monitor Domain Properties ▾
Reverse IP Address Lookup ▾
Network Tools ▾

Sitemap Blog Terms Privacy Contact California Privacy Notice Do Not Sell My Personal Information © 2021 DomainTools





Exhibit **F**

**Jason H. Cooper**

| | |
|---|---|
| **From:** | Jason H. Cooper |
| **Sent:** | Wednesday, September 29, 2021 11:36 AM |
| **To:** | 'removals@google.com' |
| **Cc:** | Jeffrey Sladkus; Carrie A. Hanlon |
| **Subject:** | RE: URGENT [4-4091000031613] Your Request to Google |
| | |
| **Importance:** | High |

Dear Sir or Madam,

I'm writing to again follow up with regard to the removal request referenced herein. We have provided Google with all the evidence necessary to effectuate the takedowns pursuant to the DMCA but it regardless appears that to date, Google has not complied.

Please note that Google's failure to comply with the request may render it liable for contributory copyright infringement since Google has now been made aware of the direct infringement by its customer. As there is a lawsuit pending already against said customer in the Federal District Court for the District of Delaware (as identified in our DMCA takedown request), it may be necessary to add Google as a co-defendant if compliance is not forthcoming.

Please advise at your earliest possible convenience.

Thank you.

Best,

Jason Cooper

**Jason H. Cooper**
Senior Associate
The Sladkus Law Group
1397 Carroll Drive
Atlanta, Georgia 30318
website | PN: 404.252.0900 | jason@sladlaw.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information that the sender intends for the addressee solely to receive and use. If you are not the addressee, you may not read, disseminate, distribute, copy, or otherwise use this message or its attachments or rely on any of the advice offered in the message. If you have received this message in error, please (1) notify the sender immediately by telephone or by electronic mail and (2) destroy all paper, electronic, and other forms of this message. No attorney/client relationship is formed with The Sladkus Law Group in the absence of a signed Engagement Letter. Thank you.

**From:** Jason H. Cooper
**Sent:** Thursday, September 23, 2021 2:48 PM
**To:** 'removals@google.com' <removals@google.com>
**Cc:** Jeffrey Sladkus <jeff@sladlaw.com>; Carrie A. Hanlon <carrie@sladlaw.com>
**Subject:** RE: [4-4091000031613] Your Request to Google

Dear Sir or Madam,

Please advise regarding the status of this matter.

1

Thank you.

Jason

**Jason H. Cooper**
Senior Associate
The Sladkus Law Group
1397 Carroll Drive
Atlanta, Georgia 30318
website | PN: 404.252.0900 | jason@sladlaw.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information that the sender intends for the addressee solely to receive and use. If you are not the addressee, you may not read, disseminate, distribute, copy, or otherwise use this message or its attachments or rely on any of the advice offered in the message. If you have received this message in error, please (1) notify the sender immediately by telephone or by electronic mail and (2) destroy all paper, electronic, and other forms of this message. No attorney/client relationship is formed with The Sladkus Law Group in the absence of a signed Engagement Letter. Thank you.

**From:** Jason H. Cooper
**Sent:** Friday, September 17, 2021 10:23 AM
**To:** removals@google.com
**Cc:** Jeffrey Sladkus <jeff@sladlaw.com>; Carrie A. Hanlon <carrie@sladlaw.com>
**Subject:** RE: [4-4091000031613] Your Request to Google (2 of 2)

Dear Sir or Madam,

Attached please find folder 2 of 2 containing screenshots of the relevant content for the URLs at issue.

Please confirm receipt and that the content will be removed.

Thank you.

Jason Cooper

**Jason H. Cooper**
Senior Associate
The Sladkus Law Group
1397 Carroll Drive
Atlanta, Georgia 30318
website | PN: 404.252.0900 | jason@sladlaw.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information that the sender intends for the addressee solely to receive and use. If you are not the addressee, you may not read, disseminate, distribute, copy, or otherwise use this message or its attachments or rely on any of the advice offered in the message. If you have received this message in error, please (1) notify the sender immediately by telephone or by electronic mail and (2) destroy all paper, electronic, and other forms of this message. No attorney/client relationship is formed with The Sladkus Law Group in the absence of a signed Engagement Letter. Thank you.

**From:** Jason H. Cooper
**Sent:** Friday, September 17, 2021 10:21 AM
**To:** 'removals@google.com' <removals@google.com>
**Cc:** Jeffrey Sladkus <jeff@sladlaw.com>; Carrie A. Hanlon <carrie@sladlaw.com>
**Subject:** RE: [4-4091000031613] Your Request to Google (1 of 2)

Dear Sir or Madam,

Attached please find folder 1 of 2 containing screenshots of the relevant content for the URLs at issue.

Please confirm receipt and that the content will be removed.

Thank you.

Jason Cooper

**Jason H. Cooper**
Senior Associate
The Sladkus Law Group
1397 Carroll Drive
Atlanta, Georgia 30318
website | PN: 404.252.0900 | jason@sladlaw.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information that the sender intends for the addressee solely to receive and use. If you are not the addressee, you may not read, disseminate, distribute, copy, or otherwise use this message or its attachments or rely on any of the advice offered in the message. If you have received this message in error, please (1) notify the sender immediately by telephone or by electronic mail and (2) destroy all paper, electronic, and other forms of this message. No attorney/client relationship is formed with The Sladkus Law Group in the absence of a signed Engagement Letter. Thank you.

**From:** removals@google.com <removals@google.com>
**Sent:** Thursday, September 16, 2021 10:28 PM
**To:** Jason H. Cooper <Jason@sladlaw.com>
**Subject:** RE: [4-4091000031613] Your Request to Google

Hello,

Thanks for reaching out to us.

Upon recent review of the following URLs, we were unable to locate the content in question:

https://bestyogastore.us/front-buttons-high-waist-eco-leather-pants-lifts/

https://bestyogastore.us/high-waist-gray-knitted-lift-support/

https://bestyogastore.us/dark-stitching-mid-high-waist-denim-jeans-lifts-supports/

https://bestyogastore.us/knitted-high-rise-white-pants-lift-support/

https://bestyogastore.us/buttons-high-waist-denim-dark-blue-lifts-supports-white-stitching/

https://bestyogastore.us/blue-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/2020-mid-waisted-black-denim-jeans-lifts-supports-for-a-flattering-fit/

https://bestyogastore.us/denim-shorts-jeans-4-colors-lifts-supports/

https://bestyogastore.us/high-waist-eco-leather-with-a-built-in-tush-push-up-trainer-x-edition/

https://bestyogastore.us/high-rise-dark-blue-jeans-lift-support/

https://bestyogastore.us/knitted-mid-waist-olive-pants-lift-support/

https://bestyogastore.us/white-knitted-mid-waist-pants-with-built-in-super-hiney-trainer-x/

https://bestyogastore.us/brown-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/mid-waist-grey-denim-lifts-supports/

https://bestyogastore.us/2020-high-waisted-eco-leather-with-built-in-super-hiney-trainer-with-waist-control/

https://bestyogastore.us/mid-waist-gray-knitted-lift-support/

https://bestyogastore.us/high-rise-grey-denim-jeans-lifts-supports/

https://bestyogastore.us/white-denim-jeans-lifts-supports/

https://bestyogastore.us/black-matte-eco-leather-pants-lifts-supports/

https://bestyogastore.us/high-rise-black-denim-lifts-supports/

https://bestyogastore.us/high-rise-light-blue-denim-lift-support/

https://bestyogastore.us/mid-waist-denim-jeans-lifts-supports/

https://bestyogastore.us/mid-waist-dark-blue-denim/

https://bestyogastore.us/mid-waist-light-blue-denim-jeans-lift-support/

https://bestyogastore.us/high-waist-blue-denim-lifts-supports/

https://bestyogastore.us/shiny-black-eco-leather-lifts-supports/

https://bestyogastore.us/white-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/2020-mid-high-waist-red-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/knitted-high-waist-olive-pants-lift-support/

https://bestyogastore.us/buttons-high-waist-denim-light-blue-white-stitching-limited-edition/

https://bestyogastore.us/black-grey-denim-lifts-supports/

https://bestyogastore.us/camo-pants-lifts-supports/

https://bestyogastore.us/red-cotton-pants-lift-support/

https://bestyogastore.us/dark-blue-cotton-pants-lift-support/

https://bestyogastore.us/knitted-pants-lifts-supports/

https://bestyogastore.us/black-cotton-pants-lift-support/

If this matter is still a concern, please reply to this email with detailed information to enable us to locate the content and we will further investigate your request.

Regards,
The Google Team

On Mon, Sep 13, 2021 at 22:27 UTC "Jason H. Cooper" <Jason@sladlaw.com> wrote:

Dear Sir or Madam,


Each of the URLs identified below contains multiple images, including at least 1 image of the copyrighted stitching design at issue. The stitching design is on the back of the pants shown in the URLs so you need either a rear view or side view in order to see the infringing design. Examples from the first 5 URLs listed in your prior email are below.


Please advise if you need any additional information from me. Otherwise, please confirm removal of the subject content from all URLs previously submitted.


Thank you.


Best,


Jason Cooper


| | |
|---|---|
| https://bestyogastore.us/front-buttons-high-waist-eco-leather-pants-lifts/ | |
| https://bestyogastore.us/high-waist-gray-knitted-lift-support/ | |
| https://bestyogastore.us/dark-stitching-mid-high-waist-denim-jeans-lifts-supports/ | |
| https://bestyogastore.us/knitted-high-rise-white-pants-lift-support/ | |
| https://bestyogastore.us/buttons-high-waist-denim-dark-blue-lifts-supports-white-stitching/ | |
| https://bestyogastore.us/blue-color-eco-leather-pants-lifts-supports/ | |

**Jason H. Cooper**

Senior Associate

The Sladkus Law Group

1397 Carroll Drive

Atlanta, Georgia 30318

website | PN: 404.252.0900 | jason@sladlaw.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information that the sender intends for the addressee solely to receive and use. If you are not the addressee, you may not read, disseminate, distribute, copy, or otherwise use this message or its attachments or rely on any of the advice offered in the message. If you have received this message in error, please (1) notify the sender immediately by telephone or by electronic mail and (2) destroy all paper, electronic, and other forms of this message. No attorney/client relationship is formed with The Sladkus Law Group in the absence of a signed Engagement Letter. Thank you.

**From:** removals@google.com <removals@google.com>
**Sent:** Friday, September 10, 2021 8:57 PM
**To:** Jason H. Cooper <Jason@sladlaw.com>
**Subject:** [4-4091000031613] Your Request to Google

Hello,

Thanks for reaching out to us.

Upon recent review of the following URLs, we were unable to locate the content in question:

https://bestyogastore.us/front-buttons-high-waist-eco-leather-pants-lifts/

https://bestyogastore.us/high-waist-gray-knitted-lift-support/

https://bestyogastore.us/dark-stitching-mid-high-waist-denim-jeans-lifts-supports/

https://bestyogastore.us/knitted-high-rise-white-pants-lift-support/

https://bestyogastore.us/buttons-high-waist-denim-dark-blue-lifts-supports-white-stitching/

https://bestyogastore.us/blue-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/2020-mid-waisted-black-denim-jeans-lifts-supports-for-a-flattering-fit/

https://bestyogastore.us/denim-shorts-jeans-4-colors-lifts-supports/

https://bestyogastore.us/high-waist-eco-leather-with-a-built-in-tush-push-up-trainer-x-edition/

https://bestyogastore.us/high-rise-dark-blue-jeans-lift-support/

https://bestyogastore.us/knitted-mid-waist-olive-pants-lift-support/

https://bestyogastore.us/white-knitted-mid-waist-pants-with-built-in-super-hiney-trainer-x/

https://bestyogastore.us/brown-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/mid-waist-grey-denim-lifts-supports/

https://bestyogastore.us/2020-high-waisted-eco-leather-with-built-in-super-hiney-trainer-with-waist-control/

https://bestyogastore.us/mid-waist-gray-knitted-lift-support/

https://bestyogastore.us/high-rise-grey-denim-jeans-lifts-supports/

https://bestyogastore.us/white-denim-jeans-lifts-supports/

https://bestyogastore.us/black-matte-eco-leather-pants-lifts-supports/

https://bestyogastore.us/high-rise-black-denim-lifts-supports/

https://bestyogastore.us/high-rise-light-blue-denim-lift-support/

https://bestyogastore.us/mid-waist-denim-jeans-lifts-supports/

https://bestyogastore.us/mid-waist-dark-blue-denim/

https://bestyogastore.us/mid-waist-light-blue-denim-jeans-lift-support/

https://bestyogastore.us/high-waist-blue-denim-lifts-supports/

https://bestyogastore.us/shiny-black-eco-leather-lifts-supports/

https://bestyogastore.us/white-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/2020-mid-high-waist-red-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/knitted-high-waist-olive-pants-lift-support/

https://bestyogastore.us/buttons-high-waist-denim-light-blue-white-stitching-limited-edition/

https://bestyogastore.us/black-grey-denim-lifts-supports/

https://bestyogastore.us/camo-pants-lifts-supports/

https://bestyogastore.us/red-cotton-pants-lift-support/

https://bestyogastore.us/dark-blue-cotton-pants-lift-support/

https://bestyogastore.us/knitted-pants-lifts-supports/

https://bestyogastore.us/black-cotton-pants-lift-support/

If this matter is still a concern, please reply to this email with detailed information to enable us to locate the content and we will further investigate your request.

Regards,

The Google Team

# Report alleged copyright infringement

Country of residence

United States

Full legal name

Jason Cooper

Company name

The Sladkus Law Group

Full legal name of the copyright holder you represent

Freddy S.p.A.

Contact email address

jason@sladlaw.com

Identify and describe the copyrighted work

The copyrighted work at issue is an original rear stitching design on Freddy S.p.A.'s iconic and widely successful WR.UP pants. The stitching design is covered by a valid Chinese copyright registration, Chinese Copyright Registration No. 950854. Freddy S.p.A. has already instituted a lawsuit for copyright infringement in the Federal District Court for the District of Delaware, civil case no. 20-cv-00628, against the individuals/entities behind the website at issue displaying and selling the infringing content.

Where can we see an authorized example of the work?

https://www.freddy.com/cee_en/distressed-shaping-wr-upr-skinny-trousers.html#WRUP1RS143_W_-_WWR_XL

Allegedly infringing URLs

https://bestyogastore.us/front-buttons-high-waist-eco-leather-pants-lifts/

https://bestyogastore.us/high-waist-gray-knitted-lift-support/

https://bestyogastore.us/dark-stitching-mid-high-waist-denim-jeans-lifts-supports/

https://bestyogastore.us/knitted-high-rise-white-pants-lift-support/

https://bestyogastore.us/buttons-high-waist-denim-dark-blue-lifts-supports-white-stitching/

https://bestyogastore.us/blue-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/2020-mid-waisted-black-denim-jeans-lifts-supports-for-a-flattering-fit/

https://bestyogastore.us/denim-shorts-jeans-4-colors-lifts-supports/

https://bestyogastore.us/high-waist-eco-leather-with-a-built-in-tush-push-up-trainer-x-edition/

https://bestyogastore.us/high-rise-dark-blue-jeans-lift-support/

https://bestyogastore.us/knitted-mid-waist-olive-pants-lift-support/

https://bestyogastore.us/white-knitted-mid-waist-pants-with-built-in-super-hiney-trainer-x/

https://bestyogastore.us/brown-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/mid-waist-grey-denim-lifts-supports/

https://bestyogastore.us/2020-high-waisted-eco-leather-with-built-in-super-hiney-trainer-with-waist-control/

https://bestyogastore.us/mid-waist-gray-knitted-lift-support/

https://bestyogastore.us/high-rise-grey-denim-jeans-lifts-supports/

https://bestyogastore.us/white-denim-jeans-lifts-supports/

https://bestyogastore.us/black-matte-eco-leather-pants-lifts-supports/

https://bestyogastore.us/high-rise-black-denim-lifts-supports/

https://bestyogastore.us/high-rise-light-blue-denim-lift-support/

https://bestyogastore.us/mid-waist-denim-jeans-lifts-supports/

https://bestyogastore.us/mid-waist-dark-blue-denim/

https://bestyogastore.us/mid-waist-light-blue-denim-jeans-lift-support/

https://bestyogastore.us/high-waist-blue-denim-lifts-supports/

https://bestyogastore.us/shiny-black-eco-leather-lifts-supports/

https://bestyogastore.us/white-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/2020-mid-high-waist-red-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/2020-mid-high-waist-red-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/knitted-high-waist-olive-pants-lift-support/

https://bestyogastore.us/buttons-high-waist-denim-light-blue-white-stitching-limited-edition/

https://bestyogastore.us/dark-stitching-mid-high-waist-denim-jeans-lifts-supports/

https://bestyogastore.us/buttons-high-waist-denim-dark-blue-lifts-supports-white-stitching/

https://bestyogastore.us/2020-mid-waisted-black-denim-jeans-lifts-supports-for-a-flattering-fit/

https://bestyogastore.us/denim-shorts-jeans-4-colors-lifts-supports/

https://bestyogastore.us/black-grey-denim-lifts-supports/

https://bestyogastore.us/camo-pants-lifts-supports/

https://bestyogastore.us/red-cotton-pants-lift-support/

https://bestyogastore.us/mid-waist-gray-knitted-lift-support/

https://bestyogastore.us/white-knitted-mid-waist-pants-with-built-in-super-hiney-trainer-x/

https://bestyogastore.us/dark-blue-cotton-pants-lift-support/

https://bestyogastore.us/knitted-pants-lifts-supports/

https://bestyogastore.us/black-cotton-pants-lift-support/

https://bestyogastore.us/knitted-mid-waist-olive-pants-lift-support/

https://bestyogastore.us/white-knitted-mid-waist-pants-with-built-in-super-hiney-trainer-x/

https://bestyogastore.us/high-waist-gray-knitted-lift-support/

https://bestyogastore.us/knitted-high-rise-white-pants-lift-support/

https://bestyogastore.us/2020-mid-high-waist-red-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/white-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/shiny-black-eco-leather-pants-lifts-supports/

https://bestyogastore.us/black-matte-eco-leather-pants-lifts-supports/

https://bestyogastore.us/2020-high-waisted-eco-leather-with-built-in-super-hiney-trainer-with-waist-control/

https://bestyogastore.us/brown-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/high-waist-eco-leather-with-a-built-in-tush-push-up-trainer-x-edition/

https://bestyogastore.us/blue-color-eco-leather-pants-lifts-supports/

https://bestyogastore.us/front-buttons-high-waist-eco-leather-pants-lifts/

https://bestyogastore.us/buttons-high-waist-denim-dark-blue-lifts-supports-white-stitching/

https://bestyogastore.us/mid-waist-grey-denim-lifts-supports/

If you have more than 20 URLs to report, attach the list of URLs in a CSV file here.

Copy of bestyoga_export_080921.csv

I have a good faith belief that use of the copyrighted materials described above as allegedly infringing is not authorized by the copyright owner, its agent, or the law.

Please check to confirm

The information in this notification is accurate and I swear, under penalty of perjury, that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Please check to confirm

Signature

Jason Cooper

## Jason H. Cooper

| | |
|---|---|
| **From:** | Jason H. Cooper |
| **Sent:** | Wednesday, September 8, 2021 11:13 PM |
| **To:** | google-cloud-compliance@google.com |
| **Cc:** | Jason H. Cooper |
| **Subject:** | DMCA Takedown Request - BestYogaStore.us |
| **Attachments:** | 9.8.2021 Notice to Google- Freddy - Bestyogastore.us - Infringement of Chinese Copyright Registration With Exhibits 4813-5355-4938 v.1.pdf |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | google-cloud-compliance@google.com | | |
| | Jason H. Cooper | Delivered: 9/8/2021 11:13 PM | Read: 9/20/2021 3:48 PM |

Dear Sir or Madam,

Please see the attached takedown request submitted per the Digital Millennium Copyright Act as set forth in 17 U.S.C. 512 *et seq.* We look forward to your timely confirmation of removal of the infringing URLs at issue.

If you have any questions, please feel free to reach out.

Thank you.

Best,

Jason

**Jason H. Cooper**
Senior Associate
The Sladkus Law Group
1397 Carroll Drive
Atlanta, Georgia 30318
website | PN: 404.252.0900 | jason@sladlaw.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information that the sender intends for the addressee solely to receive and use. If you are not the addressee, you may not read, disseminate, distribute, copy, or otherwise use this message or its attachments or rely on any of the advice offered in the message. If you have received this message in error, please (1) notify the sender immediately by telephone or by electronic mail and (2) destroy all paper, electronic, and other forms of this message. No attorney/client relationship is formed with The Sladkus Law Group in the absence of a signed Engagement Letter. Thank you.



Jason H. Cooper
Jason@sladlaw.com

September 8, 2021

<u>Via E-Mail:</u>
Google Cloud Compliance
Google, LLC
Email: google-cloud-compliance@google.com

Re:   Notice of Infringing Content Hosted on Google Cloud Website and Request for Removal.

Dear Sir or Madam,

This firm represents Freddy S.p.A. ("Freddy") in certain of its intellectual property matters. Freddy is a leading manufacturer of unique and innovative sports clothing, footwear, and related accessories. Freddy greatly values the intellectual property in its innovative products and takes appropriate steps to protect and enforce its valuable intellectual property.  To this end, Freddy owns Chinese Copyright Registration No. 00950854 covering the stitching design of its WR.UP® Shaping Effect pants.  A copy of the registration certificate is enclosed for your reference as **Exhibit A**.

It has come to our attention that your customer, Best Yoga Store, through its website located at <bestyogastore.us> ("BestYoga"), has copied and is offering for sale various pants containing a stitching design <u>identical</u> to the stitching design covered by Freddy's Chinese copyright registration (the "Infringing Pants"). BestYoga's website displays numerous pictures and videos of the Infringing Pants, some of which are intended to emphasize the stitching at issue. A side-by-side comparison is below.

<u>Freddy's Copyrighted Design</u>                <u>Example of BestYoga Infringing Copy</u>

     

BestYoga's reproduction, display, distribution, manufacture, sale, offer for sale and/or importation of the Infringing Pants into the United States constitutes willful copyright infringement in violation of the U.S. Copyright Act, 17 U.S.C. § 101 *et seq.* Based on the foregoing, Freddy is entitled: (1) to enjoin such continued actions by BestYoga; and (2) an award of damages for BestYoga's willful copyright infringement. Towards that end, Freddy has filed a lawsuit in the District Court for the District of Delaware against the owner of the BestYoga website, 1:20-cv-00628 (D. DE. 2020). A copy of the complaint is attached as **Exhibit B.**



We understand that Google is the internet service provider for BestYoga's website. The purpose of this letter is to provide notice to Google of the infringing conduct of its customer and to demand that the pages through which the Infringing Pants are displayed and sold be immediately taken down. The Infringing Pants depicted in the photographs and videos infringe Freddy's copyrights in its stitching design. Further, by hosting a website that facilitates sales of the Infringing Pants, Google materially contributes to BestYoga's infringing conduct.

Failure to comply with this request may result in Google being held contributorily liable for BestYoga's direct infringement. "The test for contributory infringement has been formulated as 'one who, with knowledge of the infringing activity, induces, causes or materially contributes to the infringing conduct of another.'" *Casella v. Morris*, 820 F.2d 362, 365 (11th Cir. 1987)). "Material contribution turns on whether the activity in question 'substantially assists' direct infringement. There is no question that providing direct infringers with server space satisfies that standard." *Louis Vuitton Malletier, S.A. v. Akanoc Sols., Inc.*, 658 F.3d 936, 943 (9th Cir. 2011) (upholding judgment for plaintiff on claims of contributory copyright and trademark infringement against ISP because the servers hosting websites selling counterfeit goods were an essential step in the infringement process).

Accordingly, Freddy hereby demands that Google immediately remove and disable access to the content and webpages at the URLs listed on the attached **Exhibit C** and otherwise cease all conduct that substantially assists BestYoga's sale and distribution of the Infringing Pants. Under the DMCA, 17 U.S.C. § 512, Freddy has a good faith belief that use of the material in the manner complained of is not authorized and that the information contained in this notice is accurate. Under penalty of perjury, the undersigned firm is authorized to act on behalf of Freddy.

Please advise if you have any questions; otherwise, please let us have your prompt written confirmation that you have complied with this request so that we may advise our client.

Very truly yours,
THE SLADKUS LAW GROUP

*Jason Cooper*

Jason H. Cooper, Esq.

Enclosures

Exhibit G

Case 1:20-cv-00628-MN  Document 14-1  Filed 10/26/21  Page 50 of 106 PageID #: 523



AMERICAN 🇺🇸 DESIGNS

**Best Yoga Store**

GENUINE • APPAREL

Search

USD ⌄

☰ SHOP

ABOUT US    CUSTOMER REVIEWS    FAQ    | 1 800 628 2905

HOME /

# FAQ

**What is your refund/return/exchange policy?**

BYS is proud to provide you with a quality product and hope you are fully satisfied. If for some reason you are not 100% satisfied with your merchandise we will gladly accept unworn, unwashed or prior defective merchandise for return, exchange or credit, within fifteen (15) days from the delivery date. Simply follow the directions to pack and return all items to the BYS warehouse. You will have to pay shipping one way. We will pay for shipping on any exchanges. Please allow one to two (1-2) weeks for returns to process. If you need to review your return or have any specific questions please send us an email at: support@bestyogastore.us or Call us at: + 1 800 628 2905 Business hours are Mon-Fri 9AM-5PM PST.

–––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

**Will I receive a FREE "Thank You" gift with my order?**

**Yes**, we do send **FREE gifts with your package** if you order 2 Leggings/Tops or more, some time we do send FREE gifts even if you order just one item (Legging or Top) during the holiday shopping season. We want to build a longterm relationship with you as your satisfaction is our top priority.

–––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

**Where are your goods manufactured?**

Did you know that most BYS gear is made in the USA? Parts of our process including knitting, dyeing, cutting, sewing, photography, marketing, distribution and design happen in Los angels, CA.

We do carry select styles that are made overseas in order to provide unique fabrications and competitive costs to our customers. If you do not wish to purchase goods that are manufactured overseas please contact Customer Service or Call us at: +1 800 628 2905 so we can provide you a list of styles. Best Yoga Store business hours are Mon-Fri 9AM-5PM PST.

–––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

**Do You Refund Gifts?**

If the item wasn't marked as a gift when purchased, or the gift giver had the order shipped to themselves to give to you later, we will send a refund to the gift giver and he will find out about your return.

–––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

**Will I have to pay the Shipping Cost for returns?**

You will have to pay shipping one way. We will pay for shipping on any exchanges. Please allow one to two (1-2) weeks for returns to process. If you need to review your return or have any specific questions please send us an email at: support@bestyogastore.us

Depending on where you live, the time it may take for your exchanged product to reach you, may vary.

––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

**What is the status of my order?**
**Awaiting Fulfillment:** Yay! Your order was successfully placed! Thank you! You will receive a confirmation email with a copy of your invoice.

 **Pending:** Your order is in our warehouse and waiting to be filled. Fulfillment time is typically between three to five (3-5) business days once in the "Pending" status.

**Shipped:** Your order has shipped and will be on our doorstep very soon! All orders shipped via USPS Priority Mail and DHL Express Worldwide will receive emails with tracking information.

–––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

**Can I place my order over the phone?**
Don't want to mess with computers? Or maybe you just want to talk to a friendly member of the Best Yoga Store Crew while you place your order? We're here to help you along and place your order manually for you!

–––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

**Can I change or cancel my order?**
Oops! Accidentally order the wrong size/print/item? Or maybe a little bit of buyer's remorse? email us at: support@bestyogastore.us . right away while your order is still in the "Awaiting Fulfillment" or "Pending" stages. We'll do what we can to help you!

–––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

**I'd like to try on the product before I purchase anything, do you have a store?**

We do not have retail store However, we are located in studios and boutiques worldwide! If you would like a list of locations that sell Best Yoga Store gear near you, please contact us at email us at: support@bestyogastore.us we'll do what we can to help you!

----------------------------------------------------------------

**What happens if an item is out of stock?**

Don't fret! We are always making more BYS gear  and our inventory is generally restocked every two to three (2-3) weeks. Keep checking back on our website for updated numbers!

----------------------------------------------------------------

**What if I'm not home when my package arrives?**

Domestic Orders: For orders sent via USPS, most Best Yoga Store packages will fit into a mailbox. We send our gear in black mailer bags so be sure to look out for them in/around your mailbox. If the package is too big and no-one is home, the mailman will leave it outside your house.

International Orders: For orders sent via DHL, the driver will leave a card so that you can arrange a more convenient delivery time.

----------------------------------------------------------------

**How long will it take to get to me?**

 Most orders will ship out within (1-2) business days of ordering. You should add the ship time to the processing days. We DO NOT ship Saturdays, Sundays or holidays. Once we're finished preparing your order, you will receive an e-mail informing you that the order has shipped which will include tracking information.

Note: Orders placed during weekends, special promotions (Black Friday/Cyber Monday) and holidays may take additional processing time due to increased order volume. Please allow 2/5 days for order processing & Shipping time

----------------------------------------------------------------

**What domestic shipping services do you offer?**

FREE USPS PRIORITY MAIL – All domestic orders will receive FREE priority mail shipping. Your package will be delivered within 5/18 days You will be able to track this shipment via USPS Tracking.

----------------------------------------------------------------

**I am an international customer. How much does shipping cost for me?**

Orders over $200: You will receive FREE shipping via DHL. Your package will be delivered within two to five (2-5) business days. You will be able to track this shipment via DHL's Shipment Tracking System.

Canada (orders under $200): FLAT RATE - $23.00. This means that no matter how much you purchase, your shipping cost will remain the same. So the more you shop, the more you save! You will be able to track this shipment via DHL's Shipment Tracking System.

All other international destinations (orders under $200): FLAT RATE - $27.00. This means that no matter how much you purchase, your shipping cost will remain the same. So the more you shop, the more you save! You will be able to track this shipment via DHL's Shipment Tracking System.

----------------------------------------------------------------

**I'm from Australia or Europe. What is the conversion from AUS/EUR to US sizes?**

| Onzie Size | UK/Australia | Europe |
|---|---|---|
| X/S (0/2) | 4-6 | 32-34 |
| S/M (2-6) | 6-10 | 34-38 |
| M/L (6-8) | 10-12 | 38-40 |
| L/L (10-14) | 14-18 | 42-46 |

----------------------------------------------------

**International Customer?**

**CLOTHING** - INTERNATIONAL SINGLE SIZE CONVERSION

| UK | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US | 0 | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 |
| EU | 32 | 34 | 36 | 38 | 40 | 42 | 44 | 46 | 48 | 50 | 52 | 54 |
| IT | 36 | 38 | 40 | 42 | 44 | 46 | 48 | 50 | 52 | 54 | 56 | 58 |
| AU | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 |
| RU | 38 | 38/40 | 40 | 42/44 | 46 | 48 | 50 | 54 | 58 | 60/62 | 64 | 66/68 |

––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––

**Refund of Sale items?**

sale item with the free shipping offer ($7.13 for international customers) cannot be refunded. ( can only be exchanged for another size)

For size exchange you will have to pay shipping one way as stated in the policy or we can give you the at cost offer (~70% + we support the international shipping fee for you +keep first product) ( also as stated in the policy )

If for some reason you do not want to pay the shipping return fees, We can offer you an "**at cost discount coupon code**" to re-order the correct size and **you can keep your first order.** If you do choose this second option which most of our client do, you also gonna receive a FREE gift ($19 value) with your "at cost" 2nd order to say sorry for this inconvenience.

––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––––



JOIN OUR NEWSLETTER

email address    SUBSCRIBE

**NAVIGATE**

ABOUT US
CUSTOMER REVIEWS
FAQ
SIGN IN OR REGISTER
SITEMAP
CARE INSTRUCTIONS

**CATEGORIES**

FLATTERING FIT
SHOP BY STYLE
SHOP
ACCESSORIES
SPORTS
TOP
HIGH RISE

**POPULAR BRANDS**

PRIVACY POLICY
TERMS OF SERVICE
RETURNS & SHIPPING
SIZE GUIDE

**CONNECT WITH US**

Created by BYS
© 2021 BEST YOGA STORE



AMERICAN 🇺🇸 DESIGNS

*Best Yoga Store*

GENUINE • APPAREL

Search 🔍

👤   USD ⌄   🛒

☰ SHOP

ABOUT US    CUSTOMER REVIEWS    FAQ    |    1 800 628 2905

HOME / ABOUT US

# About Us

## CREATION

Created by a 32 year Alexandra Lechevalier, Best Yoga Store (BYS) blends the best of traditional yoga wear with modern innovation and a touch of whimsy. The result? Active apparel that is functional, flexible and flattering. At Best Yoga Store our philosophy is "keep your practice challenging, and your wardrobe simple." BYS's no-frills one-pieces and separates are best worn while sweating, swimming, or simply lounging around. In keeping with the principle of being inclusive, rather than exclusive, BYS is affordably-priced and suitable for all activities and practices. BYS products are designed with love in southern California.

## PERFORMANCE

Utilizing Free-Flow Fabric Technology that is durable and breathable, this fast-drying material keeps bodies cool, dry and comfortable. BYS yoga gear is perfect for hot environments. You can transition in and out of yoga postures as seamlessly as you can the rest of your day. From straps to bottom, BYS helps keep your body in check. You'll feel supported from the inside and out... Shaping the entire body. So embrace the awareness of your being, sense your core, and feel secure. Focus on your strength and beauty. And for goodness sake, forget about those so-called flaws. You're perfectly you.

## USPS SHIPPING

FREE USPS PRIORITY MAIL – All domestic orders will receive FREE priority mail shipping. Your package will be processed within 1 to 2 business days. You will be able to track this shipment via USPS Tracking. (shipping takes 3 to 5 days / (a few days more during the holiday period due to high demand))

We believe in top notch quality when it comes to our products and also our customer support.

email us : support@bestyogastore.us

Phone:  +1 800 628 2905

Due to the holiday shopping season and High demand and sale price we are on 4-7 window for delivery. It actually has been a little bit better than that but due to demand, we kind of gave ourselves a buffer to make sure customers knew that it could be just a little bit longer than normal

We are a passionate team with great taste, helping to enlighten others so we can all win together but we also love feedback and if you would like us to carry something in our store please reach out to us.  NAMASTE!



JOIN OUR NEWSLETTER

email address

SUBSCRIBE

**NAVIGATE**

ABOUT US
CUSTOMER REVIEWS
FAQ
SIGN IN OR REGISTER
SITEMAP
CARE INSTRUCTIONS

**CATEGORIES**

FLATTERING FIT
SHOP BY STYLE
SHOP
ACCESSORIES
SPORTS
TOP
HIGH RISE

**POPULAR BRANDS**

PRIVACY POLICY
TERMS OF SERVICE
RETURNS & SHIPPING
SIZE GUIDE

**CONNECT WITH US**

Created by BYS
© 2021 BEST YOGA STORE

Exhibit H

 Gmail

## Leggings help

12 messages

Thu, Mar 18, 2021 at 9:07 PM

To: "support@bestyogastore.us" <support@bestyogastore.us>

Hi!

I'm looking to possibly place a large order of your yoga pants, but I have a bunch of questions. Where do you make these, are they made in the US?

I have a lot more questions too, is the customer service number on your website 800 628-2905 the best way to reach you guys?

Please let me know. Thanks!

---

Kate Morisson <support@bestyogastore.us>
Reply-To: support@bestyogastore.us
To:

Fri, Mar 19, 2021 at 2:47 AM

##- Please type your reply above this line -##

Your request (39851) has been updated. To add additional comments, reply to this email.

   **Kate Morisson** (Best Yoga Store)
Mar 19, 2021, 9:47 GMT+1

Hello

Thank you for contacting us.

Kindly note that we have some technical issue with our phone line. We focus now on providing fast and high quality responses by emails.

Please keep up with me here and I'll answer all of your inquiries.

Regarding our products they are genuine, since they are conceptualized and designed in California, USA.

Looking forward to your order, I'm pretty sure you're gonna be impressed of the pants.

Thank you, and have a great day!

I was just wondering, are all of your products Best Yoga Store brand? And do you have a lot of stock if we would like to place a big order? How many pieces do you normally have on hand for each style?

Please let me know, thanks!



Mar 24, 2021, 23:17 GMT+1

Hi Kate!

I was just wondering, are all of your products Best Yoga Store brand? And do you have a lot of stock if we would like to place a big order? How many pieces do you normally have on hand for each style?

[Quoted text hidden]

[Quoted text hidden]

[Quoted text hidden]

---

Fri, Mar 26, 2021 at 4:39 PM

To: support@bestyogastore.us

We are thinking of ordering maybe 100 pairs of a few different pairs of the butt lift pants. Do you have that much in stock?

And where are these styles manufactured? Will they take a long time to ship to the US?

Thanks!
[Quoted text hidden]

**Kate Morisson** <support@bestyogastore.us>                          Sat, Mar 27, 2021 at 6:30 AM
Reply-To: support@bestyogastore.us
To:

##- Please type your reply above this line -##

Your request (39851) has been updated. To add additional comments, reply to this email.



**Kate Morisson** (Best Yoga Store)
Mar 27, 2021, 13:30 GMT+1

Hello

Thank you for contacting us.

Can you please be more specific of the pants you want ( the colors, mid or high waist, and the sizes as well as the quantity you want for each pants)

So I can check with the concerned department.

==Regarding the shipping we, ship our products overseas, it takes 15 days max for the order to be delivered.==

You can also chose the express delivery that takes 48h max.

Waiting for your reply.



Mar 26, 2021, 23:40 GMT+1

We are thinking of ordering maybe 100 pairs of a few different pairs of the butt lift pants. Do you have that much in stock?

And where are these styles manufactured? Will they take a long time to ship to the US?

Thanks!

[Quoted text hidden]

[Quoted text hidden]

---

Mon, Mar 29, 2021 at 8:36 AM

To: support@bestyogastore.us

Hi Kate,

We were thinking about starting with this pair https://bestyogastore.us/black-matte-eco-leather-pants-lifts-supports/ in high rise and getting sizes XS-XL. And maybe 25 pairs or so of each size.
Are these manufactured in China or where at?

Thanks!
[Quoted text hidden]

**Kate Morisson** <support@bestyogastore.us>                    Mon, Mar 29, 2021 at 11:58 AM
Reply-To: support@bestyogastore.us
To:

##- Please type your reply above this line -##

Your request (39851) has been updated. To add additional comments, reply to this email.



**Kate Morisson** (Best Yoga Store)
Mar 29, 2021, 18:58 GMT+1

Hello ████,

Thank you for getting back to me.

So I can check with the concerned department.

Regarding the shipping we, ship our products overseas, it takes 15 days max for the order to be delivered.

You can also chose the express delivery that takes 48h max.

Waiting for your reply.



Mar 26, 2021, 23:40 GMT+1

We are thinking of ordering maybe 100 pairs of a few different pairs of the butt lift pants. Do you have that much in stock?

And where are these styles manufactured? Will they take a long time to ship to the US?

Thanks!

[Quoted text hidden]

[Quoted text hidden]

---

Mon, Mar 29, 2021 at 8:36 AM

To: support@bestyogastore.us

Hi Kate,

We were thinking about starting with this pair https://bestyogastore.us/black-matte-eco-leather-pants-lifts-supports/ in high rise and getting sizes XS-XL. And maybe 25 pairs or so of each size.
Are these manufactured in China or where at?

Thanks!
[Quoted text hidden]

---

**Kate Morisson** <support@bestyogastore.us>
Reply-To: support@bestyogastore.us
To:

Mon, Mar 29, 2021 at 11:58 AM

##- Please type your reply above this line -##

Your request (39851) has been updated. To add additional comments, reply to this email.



**Kate Morisson** (Best Yoga Store)
Mar 29, 2021, 18:58 GMT+1

Hello ▮▮▮▮,

Thank you for getting back to me.

I will check with the concerned department regarding the quantity, and I will get back to you soon.

<mark>Regarding the pants we manufacture them overseas.</mark>

Thank you for your understanding, and patience.



Mar 29, 2021, 15:36 GMT+1

Hi Kate,

We were thinking about starting with this pair https://bestyogastore.us/black-matte-eco-leather-pants-lifts-supports/ in high rise and getting sizes XS-XL. And maybe 25 pairs or so of each size. Are these manufactured in China or where at?

Thanks!

[Quoted text hidden]

[Quoted text hidden]

---

To: support@bestyogastore.us

Mon, Mar 29, 2021 at 12:35 PM

Thanks so much for doing that! And where are your headquarters located? Are you guys a pretty small company or what is your company like? Do you get bulk orders like this often?

[Quoted text hidden]

 Gmail

# Where to buy products

2 messages

Thu, Aug 19, 2021 at 4:17 PM

To: support@bestyogastore.us

Hey, do you guys still have lists of your usa-made products and which stores i could try on your clothes from? Thank you! 😊



**Kate Morisson** <support@bestyogastore.us>                    Mon, Aug 23, 2021 at 2:24 AM
Reply-To: support@bestyogastore.us
To:

##- Please type your reply above this line -##

Your request (40500) has been updated. To add additional comments, reply to this email.

  **Kate Morisson** (Best Yoga Store)
Aug 23, 2021, 9:24 GMT+1

Hello              ,

Thank you for contacting us.

All our products are conceptualized and designed in California, USA, .
Unfortunately we do not have any stores, we only sell online.
Check our website: https://bestyogastore.us/

Thank you very much,          , for your understanding! : )

  Aug 19, 2021, 23:17 GMT+1

Hey, do you guys still have lists of your usa-made products and which stores i could try on your clothes from? Thank you! 😊



Exhibit I

https://www.trustpilot.com/review/bestyogastore.us
Captured: 26 August 2021, 11:33:26



★ Trustpilot          Search for another company...                    Categories    Blog    Log in    For businesses

**Bestyogastore**
★★★☆☆  3.0 ⓘ                              🌐 bestyogastore.us    **Write a review**

**MA**   **Maddy**
         ✎ 1 review   📍 MA

★☆☆☆☆                                                    Feb 27, 2020

**Very awful quality. Items made in CHINA. Be careful from CORONA disease.**

Very awful quality!
It's a scam website, they claim that there products are from America while the truth is that it is made in CHINA. There real address is in MOROCCO. Do not buy from this website, you will only waist your money. Be careful from the disease CORONA because these items are made in CHINA.

👍 Useful   ⌁ Share                                         ⚐

See Trustpilot reviews directly                                        ✕
in your Google searches

★ Trustpilot                              **Get Chrome Extension**

**AC**   **Andrea Campbell**
         ✎ 1 review   📍 CA

★☆☆☆☆                                                    Feb 22, 2020



Meatball, meet pizza.

FIREHOUSE SUBS          ORDER NOW

©2021 Firehouse Subs. See website or restaurant for full details.

PissedConsumer2126585 of Craghead, United Kingdom    Aug 20, 2020

## Avoid this company

The product is very poor quality, the stitching came out after the first wash (which incidentally was before I had worn them as the aroma when I took them out of the packaging was not pleasant). The money charged for a cheap item made in China that they advertise as U.S. made is daylight robbery. Wish I had checked my facts before purchasing.

User's recommendation: Do not purchase.

ID    #2126585 ⓘ

LOCATION    Craghead, England

↪ Share

**Comment**    **Helpful** 👍 0    Not helpful 👎 0    🚩

PissedConsumer2093628 of Southend-On-Sea, United Kingdom    Aug 02, 2020

## My order

⭐⭐⭐⭐☆  4.3

ID    #2093628 ⓘ

LOCATION    Southend-On-Sea, England

↪ Share

https://best-yoga-store.pissedconsumer.com/review.html
Captured: 18 August 2021, 13:35:07



**Comment**   Helpful 👍 0   Not helpful 👎 0   🚩

🖉 New Reviewer

Vika Z of Overland Park, KS    Jan 29, 2020

## Do not buy! Horrible quality. Smells like cheap rubber!

★☆☆☆☆  1.0

I ordered the pair of black leather leggings. It took forever to arrive, when I opened the package it smelled like cheap rubber, like chemicals. The fit was horrible, and I am a petite girl, the leather was shrinking. When I asked for return they told me I have to pay customs fee which was more then the pants cost. So the store is not in US its China!!!

| | |
|---|---|
| ID | #1775591 ⓘ |
| CONS | Cheap quality |
| REASON OF REVIEW | Bad quality |
| LOSS | $70 |
| PREFERRED SOLUTION | Full refund |

↗ Share

**Comment**   Helpful 👍 0   Not helpful 👎 0   🚩

## Companies Similar to Best Yoga Store

https://best-yoga-store.pissedconsumer.com/review.html
Captured: 18 August 2021, 13:36:03

See **more Footwear and Clothing Businesses ›**



✓ Verified Reviewer    ✏ New Reviewer

**Kara Rhp** of Saint Louis, MO    Nov 20, 2019

# DO NOT BUY ANYTHING FROM THEM!

★☆☆☆☆   **1.0**

1. paid extra for expedited shipping, only to be informed AFTER my purchase that they were behind 8-18 days!
2. Received a product that was too small, even though I ordered in accordance with their size guide. And they smell like rotten fish. 3. Requested a return/exchange and was informed that returning would be at my expense for shipping to CHINA 4. Was offered a ridiculous coupon code for future purchase, and told to "gift the pants that don't fit to a friend or relative". 5. I'm out of pocket $86 USD and stuck with a cheap pair of pants that smell like rotten fish

**Comment**    Helpful 👍0    Not helpful 👎0    ⚑

**1 comment**

PissedConsumer1782003   Nov 25, 2019   #1782003

I had a similar problem bought 6 pairs and trying to wxchande 1 was offered a coupon code that I never received very bad communication

↩ **Reply**    👍0    👎0    ⚑

ID           #1712293 ⓘ

REASON OF    Return, Exchange or Cancellation Policy
REVIEW

LOSS         $86

PREFERRED    Full refund
SOLUTION

↗ **Share**

https://best-yoga-store.pissedconsumer.com/review.html
Captured: 18 August 2021, 13:37:00

different but money was taken off visa . My email is danah777@ .com

Comment    Helpful 👍 0    Not helpful 👎 0    🏳

---

PissedConsumer1668327 of Perth, Australia    Sep 30, 2019

## DO NOT USE!

⭐ 1.0

The sizing is not true! I am always a US size 6 and matched their 'cm' size exactly and the trousers they sent I couldn't even get over my knees. when I asked to return they only offered me a 40% voucher which I don't want to use and I have no idea what their sizing is. I have currently sent about 15 emails asking for a return address and all they keep saying is that it "wont get through Chinese customs". I have returned to china before so I don't know why they are different to other online stores. They are crooks.

Comment    Helpful 👍 1    Not helpful 👎 0    🏳

ID    #1668327 ⓘ

REASON OF REVIEW    Return, Exchange or Cancellation Policy

↪ Share

---

PissedConsumer1614232 of Mountain View, CA    Aug 06, 2019

## DONT BUY!!!!!

"Jeans" came but not jeans at all - just cheap stretchy fabric and they smell horrible...like they are soaked in chemicals then left to mold. I have washed 2 times but they STILL smell. Will throw out. What a shame to waste

ID    #1614232 ⓘ

REASON OF REVIEW    Bad quality

LOSS    $70

https://best-yoga-store.pissedconsumer.com/review.html
Captured: 18 August 2021, 13:37:15

and all they keep saying is that it "wont get through Chinese customs". I have returned to china before so I don't
know why they are different to other online stores. They are crooks.

**Comment**   Helpful  1   Not helpful 👎 0

---

PissedConsumer1614232 of Mountain View, CA   Aug 06, 2019

## DONT BUY!!!!!

"Jeans" came but not jeans at all - just cheap stretchy fabric and they smell horrible...like they are soaked in
chemicals then left to mold. I have washed 3 times but they STILL smell. Throw out. What a shame to waste
that money. Why are they still allowed to do business? They are not an American company - come from China.

**Comment**   Helpful 👍 0   Not helpful 👎 0

| ID | #1614232 ⓘ |
| REASON OF REVIEW | Bad quality |
| LOSS | $70 |
| PREFERRED SOLUTION | Full refund |

↪ Share

---

🔗 New Reviewer

Sheila f Fva of Mansfield, United Kingdom   Jul 28, 2019

### Won't give me my money back

The phone number is wrong will not answere emails another pissed off customer why is the phone number
wrong

| ID | #1603703 ⓘ |
| REASON OF REVIEW | Poor customer service |
| LOSS | $70 |
| PREFERRED SOLUTION | Full refund |

↪ Share

https://best-yoga-store.pissedconsumer.com/review.html
Captured: 18 August 2021, 13:37:45



**Comment**    Helpful 👍 0    Not helpful 👎 0

---

🖉 **New Reviewer**

Karin K Wdz of Chicago, IL   Jul 12, 2019

## Steals your money and doesn't deliver anything.

⭐ ★ ★ ★ ★   1.0

I stupidly ordered from this website. Took my money and never delivered anything and refuses to refund my money. It's a total scam and do not ever bother getting into any communication with a woman who calls herself "Kate Morrison". She is a lying thief and Chinese based scam. I got hook line and sinkered by a Instagram ad and all of the positive reviews have to fake. Don't fall for this nonsense and anyone who won't grind your money is not a legitimate business in the first place.

**Comment**    Helpful 👍 3    Not helpful 👎 0    Share

| ID | #1586103 ⓘ |
|---|---|
| SERVICE | Best Yoga Store Customer Care |
| CONS | Fraud |
|  | Stole my money |
|  | Lie about location |
| REASON OF REVIEW | Poor customer service |
| LOSS | $66 |
| PREFERRED SOLUTION | Full refund |

↗ Share

---

## Why Trust Reviews on PissedConsumer?

✓ Professional auto and live moderation     ✓ Equal opportunity and protection     ✓ Verified content

✓ 100% user-generated content              ✓ Zero tolerance for fake reviews

https://best-yoga-store.pissedconsumer.com/complaints/RT-P.html
Captured: 18 August 2021, 13:38:56

↩ **Reply**   👍 0   👎 0                                        ⚑

**View more comments (1)** ⌃

---

PissedConsumer1508940 of Eden Prairie, MN    Apr 06, 2019

ID        **#1508940** ⓘ

### Wish i would have known...

LOCATION    Eden Prairie, Minnesota

before even placing an order, i read their return policy. little did i know what i had gotten myself into. one item fit perfectly. i wanted to exchange one item for a different size and return the other 2 because they were yoga pants and were see through... ==i had NO idea they didn't come from america or that they don't do returns...== they give you a code to order new items... which costs more money... honestly, i am happy with the one pair of pants that fit. just bummed the company sucks. there is a ==freddystore.com== that appears to be "legit" but the prices are twice as much. so, i'm not sure if that company is any better?

↪ Share

**Comment**   **Helpful** 👍 0   **Not helpful** 👎 1                                  ⚑

Advertisements




https://best-yoga-store.pissedconsumer.com/complaints/RT-P.html
Captured: 18 August 2021, 13:40:39



↩ Reply    👍 0    👎 0                                                🚩

---

PissedConsumer1250579 of Forest Hills, NY    May 08, 2018

ID    #1250579 ⓘ

### Horrible product and service

★☆☆☆☆  1.0

REASON OF REVIEW    Not as described/ advertised

Agree! They are fraudulent! They claim to be "US born and raised" and they say they manufacture in the US. But Product is Chinese quality and non standard US size. They intimidate you not to return items because shipping + customs fees back to China would cost more than the original selling price, and offer a 50% discount on future orders, to get you to spend more money. Why would anyone spend more money when they have been lied to? Why ship back to China if they are supposedly in the US office? Product is not as it appears in pictures and positive reviews are known to be fake. Consumer beware, stay away from this company who is exploiting Americans.

↗ Share

**Comment**    Helpful 👍 0    Not helpful 👎 0                      🚩

---

PissedConsumer1247056 of Mount Laurel, NJ    May 03, 2018

ID    #1247056 ⓘ

### CHINA JUNK

REASON OF REVIEW    Poor customer service

This company claims to be USA in Ca. but has a Vegas address with a phone number no one ever answers. They charge before fulfillment which is something reputable companies don't do. I asked for a refund after I did

LOSS    $105

PREFERRED    Full refund

https://best-yoga-store.pissedconsumer.com/complaints/RT-P.html
Captured: 18 August 2021, 13:41:10

positive reviews are known to be fake. Consumer beware, stay away from this company who is exploiting Americans.

**Comment**   Helpful 👍 0   Not helpful 👎 0   🏳

---

PissedConsumer1247056 of Mount Laurel, NJ    May 03, 2018

## CHINA JUNK

This company claims to be USA in Ca. but has a Vegas address with a phone number no one ever answers. They charge before fulfillment which is something reputable companies don't do. I asked for a refund after I did not get a tracking number, just a bunch of run around that it was being processed. I finally turned it over to my credit card dispute department. Be very careful of ordering from companies that ship from China, it takes forever and usually is junk. NEVER AGAIN. The last merchandise I received from China which took 6 weeks to get I donated to Goodwill. Also don't go by their reviews, they post those. Go to sites like this one and doesn't have any skin in the game. Do you own research.

**Comment**   Helpful 👍 0   Not helpful 👎 0   🏳

| ID | #1247056 ⓘ |
|---|---|
| REASON OF REVIEW | Poor customer service |
| LOSS | $105 |
| PREFERRED SOLUTION | Full refund |

↗ Share

---

✌ New Reviewer

Alexandra D Hqx of Johannesburg, South Africa    Apr 22, 2018

| ID | #1238721 ⓘ |
|---|---|
| SERVICE | Fedex Door-To-Door Delivery Service |

https://best-yoga-store.pissedconsumer.com/complaints/RT-P.html
Captured: 18 August 2021, 13:41:28



**Comment**    Helpful 👍 0    Not helpful 👎 0    ⚑

PissedConsumer1224708 of Apple Valley, CA    Apr 02, 2018

ID    #1224708 ⓘ

## Be very cautious

REASON OF REVIEW    Not as described/ advertised

⭐ ⭐ ⭐ ⭐ ⭐  1.0

↗ Share

Beware this is a scam. I ordered 2 sizes and was going to return the pair that didn't fit. Turns out both looked awful, nothing like pictured or as described. They refused to let me return them. They make themselves look like they are in the USA but they aren't. I would stay away from this company.

**Comment**    Helpful 👍 0    Not helpful 👎 0    ⚑

**1 comment**

PissedConsumer1791319   Dec 18, 2019   #1791319

Do u have a phone number for them ?

↩ **Reply**    👍 0    👎 0    ⚑

‹ Prev    1    2    3    Next ›

https://best-yoga-store.pissedconsumer.com/worst-buying-experience-ever-201801021160329.html
Captured: 18 August 2021, 13:42:08

# Best Yoga Store - Worst buying experience ever



Jan 02, 2018   1K views

9 comments ⭐☆☆☆☆ 1.0

bestyogastore is a complete scam, they say they are running a flash sale and only X amount is left for a few minutes (this is a ploy) Then the website shows photos of Freddy clothing and they claim that is what they are selling, they also claim they are USA and produced in California...they are actually cheaply made junk produced and shipped from CHINA. When I saw my payment had went to a non US seller I quickly contacted them and requested a refund as the website clearly states just contact them if you ordered wrong thing or have buyers remorse...they ignore the messages, then when they do respond it is a canned message that doesn't even address the message you sent.

Then they go ahead and send the shipment THEN reply saying it can't be refunded because its already shipped!!!

They tell a lie after lie. Use names like Kate Morrison, but payment goes to Kalai Phony...they are huge scammers, scammer people and stealing from anothers website...they need to be stopped!

**Product or Service Mentioned:** Best Yoga Store Shipping Service.

**Reason of review:** poor customer service,bad quality, not as described, return, exchange cancellation policy.

**Monetary Loss:** $57.

**Preferred solution:** Full refund.

**Best Yoga Store Cons:** Cheap quality, Lie about location.

https://best-yoga-store.pissedconsumer.com/worst-buying-experience-ever-201801021160329.html
Captured: 18 August 2021, 13:42:49

PissedConsumer1622209   Jan 01, 2019   #1622209

Same situation. I paid $195 for 3 pairs of pants.

Received 1 pair. Kate Morrison is supposed to deal with exchanges and refunds but  this company is out of China so good luck - it's money / merchandise you will never see.

↩ Reply   👍 4   👎 0                                    🏳

PissedConsumer1533638   Aug 06, 2018   #1533638

I agree with everything said here by every dissatisfied customer. I had the same experience.

Terrible! Scammers! Basically ripped me off for $70 for cheap product that was false advertising in my opinion and I do not like. Will not refund and there is no such thing as a satisfaction guarantee policy with this company.

Once they have your money that is it.

Whether you hate the product or not. I'm out $70 for something I never wore, do not like, and wanted to return immediately.

↩ Reply   👍 2   👎 0                                    🏳

PissedConsumer1503251   Jun 19, 2018   #1503251

I COMPLETELY AGREE!! The SAME EXACT THING HAPPENED TO ME!! The quality is THE WORST, they LIED, they ignored my requests for return....and finally responded to my credit card company with their "policy" at which time my credit card company lifted the dispute I had going and said I did not return as they had instructed....CROOKS!!

↩ Reply   👍 1   👎 0                                    🏳

PissedConsumer1490556   May 30, 2018   #1490556

Yes I to have had a terrible experience and hear from this Kate Morrison to! They got my money but I've recieved nothing is been over 2 weeks and now there saying the blue I ordered is n/a so they will send me gray! AVOID this

Yes I to have had a terrible experience and hear from this Kate Morrison to! They got my money but I've recieved nothing is been over 2 weeks and now there saying the blue I ordered is n/a so they will send me grey! AVOID this company scammers!

↩ Reply    👍 2    👎 0    🏴

PissedConsumer1474452   May 03, 2018   #1474452

I agree this company claims it is Ca. but the address when you charge shows Las Vegas there is a phone number no one ever answers.

These pants come from China which takes forever to ship.

They charge your account before fulfillment which is unethical. Be very careful of companies shipping from China.

↩ Reply    👍 3    👎 0    🏴

PissedConsumer1634698   Jan 23, 2019   #1634698

@PissedConsumer1474452 Thanks for all these reviews, ladies. I was tempted to buy the product but you have saved me money and aggravation. Thanks again.

↩ Reply    👍 1    👎 0    🏴

PissedConsumer1640270   Feb 03, 2019   #1640270

@PissedConsumer1474452 I was just about to order an item from this company. But after reading these reviews I definatly won't bother as I've had many problems with company's like this before and any thing coming coming from China always seems to be by people ripping us off!

How the *** are they still allowed to advertise on instagram and other social media sites?? It's false advertising!

Thankyou ladies. I will look somewhere else now.

↩ Reply    👍 3    👎 0    🏴

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:19:20



**BestYogaStore.us**      Overview      **Reviews**      Q&A

Best Buy

**Shop Now**

To find more information about reviews and trust on Sitejabber.com please visit about us

Somer P.
1 review · 1 helpful vote

Message | Follow

### Ordered Leggings And Top 01/20/18, Received 02/08/18

★★☆☆☆  February 8th, 2018

If you order from this site, be aware they are a Chinese company. When you comment asking questions on their FB page you receive a response directing you to PM them. The PM message goes 'who knows where' because they do not respond. In addition, the phone # listed on the paypal receipt also leads to a weird voicemail noting the person is not available. My items did come and they were as expected in regards to quality, not super great. Buy from a legit store online if you do. Otherwise heed my warning.

▲ Show less

Comment | ♥ Thank you | ⚐

👍 **Helpful (1)**

### Have a question about BestYogaStore.us?

Ask about BestYogaStore.us from staff and past customers

**Ask Question**

Penny B.

Message | Follow

By using Sitejabber, you agree to our Terms of Service and Privacy Policy. We use cookies for analytics, personalization, and ads.     ✖

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:19:50

**BestYogaStore.us**   Overview   **Reviews**   Q&A

Penny B.
1 review  •  2 helpful votes

Message  |  Follow

## SCAM SITE

★☆☆☆☆  April 5th, 2020

You will receive mass produced crap from China that is NOTHING like to the pictures.

When you try to return them you will be told no as they'll 'get lost in the mail' and will not be given a return address. This is illegal under distance selling laws.

I opened a case with PayPal, and was given a returns address in Morocca! I sent the substandard item back but I am still waiting for my refund.

Kate Morrison has been reported to the Federal Trade Commission and will hopefully go out of business due to covid 19

▲ Show less

Comment  |  ♥ Thank you  |  ⚑

👍 **Helpful** (2)

Emma H.
1 review  •  0 helpful votes

Message  |  Follow

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:21:24



BestYogaStore.us        Overview        **Reviews**        Q&A

**Caroline B.**
1 review • 0 helpful votes

Message | Follow

## Ordered from 'US' site - turns out items are from China - still waiting 6 weeks later.

March 6th, 2020

I pride myself on not falling for scams, but it seems I have here.
6 weeks later I still haven't received the leather leggings I ordered and am receiving numerous spam emails from the company each day, including 'closing down' etc.

Comment | 💗 Thank you | 🚩

👍 **Helpful** (0)

**Dennis W.**
1 review • 0 helpful votes

Message | Follow

## AVOID. S CAM

April 22nd, 2020

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:21:52



**BestYogaStore.us**     Overview     Reviews     Q&A

Comment | Thank you | 🏳      👍 Helpful (0)

Hautty H.
1 review • 1 helpful vote

Message | Follow

### Ship back to Morocco! $90

⭐☆☆☆☆   December 1st, 2020

Watch out!
If these don't fit you, they want you to ship back to Morocco - cost is $90. Even though their website says they are in Southern California. What a scam!

Comment | Thank you | 🏳      👍 Helpful (1)

Susan B.
1 review • 0 helpful votes

Message | Follow

### Unsent items sold out will not reply emails about refund and items

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:22:33



**BestYogaStore.us**     Overview     Reviews     Q&A

coupon code to order more at cost and I would get another free bracelet worth $20.00 for my inconvenience. Like really, they think they are doing me a favour here. I told them to keep their coupon code and their cheap fifty cent bracelet. They are a complete scam. I can't believe I paid $110 CND for absolute junk!

▲ Show less

Comment | ♡ Thank you | ⚑                                    👍 **Helpful** (0)

Kari G.
1 review  •  0 helpful votes                              Message  |  Follow

**Lied about being made in US and you are not able to return any items!**

★☆☆☆☆  May 13th, 2020

They do not make their clothing in the US. It is all from China. It took over 4 months for my pants to arrive. Poor quality and you can not return it even though they lead you to believe you can when you purchase.

Comment | ♡ Thank you | ⚑                                    👍 **Helpful** (0)

Ann H.
2 reviews  •  1 helpful vote                              Message  |  Follow

Four months and already getting holes

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:24:03

**BestYogaStore.us**   Overview   Reviews   Q&A

Daniel K.
1 review  •  2 helpful votes

Message  |  Follow

## Cheapest goods from China, simple fraud! Cheapest Copy of FreddyWear!

June 6th, 2020

I ordered two items of clothing (pants) from the above-mentioned shop. There is a US address and a US customer support number on the website. I assumed that the goods would be sent to me from the USA and that they were US goods. However, as it turned out, the goods were shipped from China. When the shipment was announced (sent) we noticed this and contacted the seller that we do not want to have Chinaware as it is a US store. The request was not complied with, the goods were delivered. As feared, it is cheap chinaware. The processing, the material and the fit are poor. A size M was ordered according to the size table on the website, but a supposed size M was delivered, which more closely corresponds to a size XS. Of course, I measured my body measurements beforehand using the measurement table. I wrote to the seller asking for an exchange. But he strictly rejects it. The pictures in the online shop also do not correspond to the delivered goods. Return of the goods to Morocco, 2 weeks later the package came back, acceptance refused. I can only warn against ordering here. It's cheating and you won't get what you order and what you pay for! 1 star is still too much!

**Tip for consumers:**
Don't order here!

**Products used:**
Trousers

Service

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:24:57

**BestYogaStore.us**     Overview     Reviews     Q&A

Comment | ♡ Thank you | ⚑              👍 **Helpful (1)**

b e.
1 review  •  1 helpful vote

Message | Follow

### Absolute Con - DO NOT USE! You cannot return items!

★☆☆☆☆  September 30th, 2019

The sizing is not true! I am always a US size 6 and matched their 'cm' size exactly and the trousers they sent I couldn't even get over my knees. When I asked to return they only offered me a 40% voucher which I don't want to use and I have no idea what their sizing is. I have currently sent about 15 emails asking for a return address and all they keep saying is that it "wont get through Chinese customs". I have returned to china before so I don't know why they are different to other online stores. They are crooks.

▲ Show less



Comment | ♡ Thank you | ⚑              👍 **Helpful (1)**

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:25:17



**BestYogaStore.us**     Overview     Reviews     Q&A

Kara H.
1 review • 0 helpful votes

Message | Follow

## DO NOT BUY FROM THEM!

November 19th, 2019

1. Paid extra for faster shipping, only to be informed AFTER my purchase that they were 8-10 days behind in shipping
2. Received product that did not fit anywhere CLOSE to my size. I wear a size 6 (US) and ordered a Medium (in accordance with their size chart). The pants delivered couldn't even fit a small child.
3. Their return policy is non-existent! I asked to return them, only to be informed that it would be at my own expense to ship the product back to CHINA.
4. They offered me a ridiculous coupon code to order more product (at cost), and said I could keep the pants that don't fit and "gift them to a friend".
I would NOT recommend purchasing anything from this store!

▲ Show less

Comment | ♥ Thank you | ⚑

👍 Helpful (0)

Melanie P.
1 review • 3 helpful votes

Message | Follow

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:25:58



BestYogaStore.us     Overview     **Reviews**     Q&A

Comment | 🤍 Thank you | 🏳     👍 **Helpful** (0)

Meeg a.
1 review • 0 helpful votes
Message | Follow

### Horrible! Cheap and had smell that doesn't wash out!

⭐⭐⭐⭐⭐ October 13th, 2019

These pants are FROM CHINA and the smell like chemicals and mothballs. The stink doesn't wash out even with a ton if detergent and Downy. NO RETURNS so I'm SOL!

Comment | 🤍 Thank you | 🏳     👍 **Helpful** (0)

Sedona M.
1 review • 3 helpful votes
Message | Follow

### 2 months and still waiting

⭐⭐⭐⭐⭐ February 15th, 2019

I should have read reviews of this online store before I made this purchase.

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:27:19



**BestYogaStore.us**     Overview     **Reviews**     Q&A

This company has the worst return policy. They will not let you return for exchange for a different size. Be very careful! Read the fine print on return policy. Also, pants have a terrible smell to them! Pants smell like rotten fish!

Comment   |   Thank you   |   🏳           👍 **Helpful (1)**

---

K O.
1 review  •  3 helpful votes                                    Message  |  Follow

### Scam and poor customer service

🔴 ⚪ ⚪ ⚪ ⚪   January 21st, 2018

This site is a scam. Ordered products 36 days ago and it has yet to arrive. Tracking shows it was in China 22 days ago then nothing. The product said American made which is obviously not true if coming from China. Every time I reach out to them about the products still not being here they just keep saying its normal and to be patient. If 36 days is normal why would they send an email saying its running a little long at 15 days when you first order. Just want a refund, wish I wouldve seen this site first.
▲ Show less

Comment   |   Thank you   |   🏳           👍 **Helpful (3)**

---

Kristin J.
1 review  •  5 helpful votes                                    Message  |  Follow

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:28:53



**BestYogaStore.us**   Overview   Reviews   Q&A

▲ Show less

Comment | ♥ Thank you | ⚑                    👍 **Helpful** (2)

Alyse K.
1 review  •  2 helpful votes                    Message | Follow

## Horrible

★☆☆☆☆   February 27th, 2018

Don't be fooled, these items are straight from China. They'll take 3-4 weeks to arrive and forget about it if an item is too small. Their "customer service" dept will just inform you that you're stuck with it. Oh, and send you reviews of "customers" who just love them! Stay away, better to go to forever 21

Comment | ♥ Thank you | ⚑                    👍 **Helpful** (2)

Nicki B.
1 review  •  3 helpful votes                    Message | Follow

## Scam

★☆☆☆☆   February 12th, 2019

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:29:51



### BestYogaStore.us

Overview   **Reviews**   Q&A

Shipping
Returns
Quality

▲ Show less

Comment  |  ♥ Thank you  |  ⚑                              👍 **Helpful (9)**

---

**Tania D.**
1 review  •  5 helpful votes                              Message  |  Follow

## SCAM made in China

December 28th, 2018

Nothing about this clothes is US designed or made. Pants smell like something died, and sizes are way off.

Comment  |  ♥ Thank you  |  ⚑                              👍 **Helpful (5)**

---

**Dawn M.**
1 review  •  4 helpful votes                              Message  |  Follow

Buyer beware! #bestyogastore has NO return and NO exchange policy.

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:30:35



**BestYogaStore.us**    Overview    Reviews    Q&A

**Kristin M.**
1 review • 9 helpful votes

Message | Follow

### STAY AWAY FROM THIS SCAM of a COMPANY!

March 11th, 2018

I ordered a pair of the yoga pants which arrived from China and looked NOTHING like what you see on the website. The quality was extraordinarily poor/substandard and appeared to be "sewn" or whatever you want to call it by a five-year old. The zipper was sewn in sideways and the seams of the pants did not line up. Let's just say, the pants look like a high school Home Economics project gone awry.

I subsequently contacted the company and they not only refused a return but have given me nothing but the run around saying the pictures I submitted of the poor quality product were of nice quality! Wow!

Please save yourself a HUMONGOUS headache and stay away from these charlatans! This "company" is selling cheap trash that reeks of chemicals and looks like children made them! AWFUL!

▲ Show less

Comment | ♡ Thank you | ⚑

👍 **Helpful (9)**

**Kim C.**
1 review • 2 helpful votes

Message | Follow

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:31:01

**BestYogaStore.us**    Overview    **Reviews**    Q&A

Reviews that mention popular keywords

customer service (12)    yoga pants (11)

New tech is waiting.    Shop Now
© 2021 Best Buy

Manuelle S.
1 review · 2 helpful votes

Message | Follow

### Very very bad experience

★☆☆☆☆ March 25th, 2018

To be clear:
I ordered two things: 1 pant and 1 overal
Both not Fitting due to sizes in China.
No changes possible - only if you order new with a 55% coupon.
I lost about 100 euro
Please take care.
▲ Show less

Comment | ♥ Thank you | 🚩

👍 **Helpful (2)**

Saks
YOUR TOP PICKS
SHOP NOW ▸

### How do I know I can trust these reviews about BestYogaStore.us?

✓ Sitejabber's sole mission is to increase online

-61%    -6%    -48%

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:32:01



**BestYogaStore.us**          Overview      **Reviews**      Q&A

Comment  |  Thank you  |          Helpful (5)

Viktoriya Z.                                    Message | Follow
1 review  •  2 helpful votes

### Horrible, horrible quality, pants smell like cheap plastic. They do no refunds! Scam!

⭐☆☆☆☆  March 8th, 2018

Very dissapointed, horrible quality pants, nothing like it on those pictures on instagram ot facebook. They are not made in US neither they are from US, took four weeks for my pants to arrive from China. When I emailed the company and asked for refund they told me: Well you can try to ship it back on your cost plus you will have to pay customs fees around 200 dollars. When I opened the package those pants smelled like cheap plastic, again material is beyond horrible. For this price you can buy amazing high quality in United States and get a nice and friendly customer service. Wouldnt recommend anyone to buy those. Safe your money and nerves.

▲ Show less

Comment  |  ♥ Thank you  |  ⚑                        👍 **Helpful (2)**

rhonda m.                                        Message | Follow
1 review  •  4 helpful votes

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:32:35



**BestYogaStore.us**     Overview     Reviews     Q&A

money with them, they offered to give me a discount on another purchase. Wish I could give it a negative star.

▲ Show less

Comment  |  ♡ Thank you  |  ⚑                                    👍 **Helpful** (4)

---

Teresa L.                                                          Message  |  Follow
1 review  •  4 helpful votes

### Don't buy anything it's all a scam!

⭐☆☆☆☆  May 19th, 2017

When I got the merchandise I was so disappointed and upset with myself. The quality is horribly made in China, of course. The worst they don't even send you a receipt and address or phone number to contact them. There is no way to get your money back they have cover all the excuses possible.

Comment  |  ♡ Thank you  |  ⚑                                    👍 **Helpful** (4)

---

John S.                                                            Message  |  Follow
1 review  •  2 helpful votes

### Don't purchase.

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:33:00



**BestYogaStore.us**     Overview     Reviews     Q&A

Kathrin B.
1 review  •  2 helpful votes

Message  |  Follow

### Horrible Customer Service and cheap knock-off fashion

March 1st, 2018

After finding out, the site is selling knock-offs, I tried to cancel my order. Customer Service didn't reply until 2 days later, telling me it was too late to cancel, because the order had been shipped. Checking my order status, it hadn't been shipped at all. They still refused to cancel my order. It arrived in a timely manner, but is not of the quality I expected for the price. Service told me I was free to return it, but had to pay shipping without refund. Seeing how they ship from Asia and are not located in the US. Shipping it trackable would have cost 40, which is almost what I payed for my order.

Service
Value
Shipping
Returns
Quality

▲ Show less

Comment  |  ♥ Thank you  |  ⚐

👍 **Helpful** (2)

Mary K.
1 review  •  4 helpful votes

Message  |  Follow

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:34:15

**BestYogaStore.us**   Overview   **Reviews**   Q&A

Joseph S.
1 review  •  8 helpful votes

Message  |  Follow

## Stay far away

⭐ May 22nd, 2017

I should have read the reviews here first. The website looks legitimate and I thought I would be ok. I ordered some yoga pants from here for my wife as part of her birthday gift. After placing the order, I find out that is can take up to 18 days to arrive, but they will send me some junkie bracelet as an apology gift. I try to cancel, but get no response. I ordered 1 month before my wives birthday. 15 days after the order, I get a message, "good news, your order has shipped!" I though it would take a max of 18 days to receive, not to just ship. Then i track the order, and its shipping from China. No where on did i read that the items are shipped from china and not USA. So 1.5 months later my item is stuck in Los Angeles with a tracking number that says "delayed." Plus i found out you can buy this stuff directly from china via eBay for a fraction of the cost. Which is obviously what these people are doing and making profit of my stupidity. I will never order from them again, and will tell everyone about my experience. Plus I've seen other peoples merchandise from here and it looks like made in China trash not like what is shown on the website. I paid 90 for 2 pair of yoga pants that I assume will look like 3 dollar garbage, but its OK, because I'm going to receive a FREE 25 cent bracelet; a 19.99 value! I guess this place doesn't bank on repeat business.

▲ Show less

Comment  |  ♡ Thank you  |  ⚑

👍 **Helpful (8)**

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:35:01



**BestYogaStore.us**     Overview     Reviews     Q&A

Jennifer W.
1 review  •  4 helpful votes

Message  |  Follow

### TERRIBLE! Don't order ANYTHING

July 30th, 2018

100% satisfaction guaranteed! BOLOGNA!

Like the others- I'd forgotten I'd ordered (and paid!) for these pleather pants when they arrived- scammers is right-
A big American flag in teeny writing "designed" IN THE USA!
Get out of here- they were wet!
Gross- I had to let them dry- once dry I put them on- and the zipper was totally diagonal in the front- about 2" off Center and not even close to the sizes that they claimed-
Customer service- well- you think u are getting somewhere because "Kate" whose name is definitely NOT kate- responded quickly that she's going to help- "no worries" we'll after sending picture after picture documenting that they were defective- she comes back with a grand suggestion to give me 55% off- my NEXT PAIR! Really?!?!

I am going to keep writing negative reviews - over and over!
Terrible!
▲ Show less

Comment  |  ♥ Thank you  |  ⚑

👍 **Helpful** (4)

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:36:06



**BestYogaStore.us**     Overview     **Reviews**     Q&A

Comment  |  ♡ Thank you  |  ⚑                                     👍 **Helpful** (4)

**M B.**
5 reviews  ·  37 helpful votes                          Message  |  Follow

### Keeping return and my $$

⬢☆☆☆☆  February 16th, 2018 · Updated review

I sent merchandise back and tracking shows it was delivered 2/6/18 but they will not issue refund... illegal is it not?

Comment  |  ♡ Thank you  |  ⚑                                     👍 **Helpful** (2)

### Stay very far away from BestYogaStore

⬢☆☆☆☆  January 31st, 2018 · Previous review

I wrote a review earlier about my experience, this is a follow up after receiving. They are cheap, cheap cheap. Loose unraveled threads all over seams, I normally wear medium, ordered XL and they were like an xsmall! I didn't even attempt to try them on. There is a piece of plastic sewn into the butt crack nothing that actually lifts the tush. So if you want a refund it costs you because it isn't an American company as they claim. I had to send mine to Morocco at a cost of $24!
They are breaking so many laws, they should have a class action lawsuit filed against them... and if anyone knows of one contact me as I would be ALL IN on that!

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:36:21



BestYogaStore.us          Overview          Reviews          Q&A

They are breaking so many laws, they should have a class action lawsuit filed against them... and if anyone knows of one contact me as I would be ALL IN on that!

**Tip for consumers:**
Stay away from this company

○ Service
○ Value
○ Returns
○ Quality

▲ Show less

---

### Worst company ever

★☆☆☆☆   January 2nd, 2018 • Previous review

First of all they steal images and post them on their site, the images they show are of Freddys, this company is not in the US as they state, these are cheap China products that are not remotely similar to images posted. When I realized payment went to a non us company/person (Kalai Phony) I began to look into it. I promptly contacted the customer service email to cancel this order as they CLEARLY state you can cancel just contact them (another lie) They ignored my multiple email/requests then when they finally responded it was a canned response that never even addressed the cancel issue. Then they mark as SHIPPED (coming from China) When you call them out about this they say "they were designed in US but made in China) WHAT? So they are misrepresenting what they are selling by stealing another websites product photos, they do not uphold their cancellation/refund policy, they misrepresent item location. Basically they are a highly illegal company.

▲ Show less

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:36:53

**BestYogaStore.us**     Overview     Reviews     Q&A

When you call them out about this they say "they were designed in US but made in China) WHAT? So they are misrepresenting what they are selling by stealing another websites product photos, they do not uphold their cancellation/refund policy, they misrepresent item location. Basically they are a highly illegal company.

▲ Show less

Raechel k.
2 reviews  •  4 helpful votes

Message  |  Follow

### Scam

⭐ ☆ ☆ ☆ ☆  May 16th, 2017

The quality of the leggings and tops are horrible. It is a total scam. They are not returnable they are cheaply made in china and look nothing like the online store photos! The sizes are all off. The smalls are larges on some bottoms and some tops are way to small in smalls. Do not order from them! Total Scam!

Comment  |  ♡ Thank you  |  🚩

👍 **Helpful (4)**

Patti S.
1 review  •  4 helpful votes

Message  |  Follow

### Still waiting for a response for an order

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:37:05



BestYogaStore.us        Overview        Reviews        Q&A

some bottoms and some tops are way to ~~small in smalls~~. Do not order from them! Total Scam!

Comment | ♥ Thank you | ⚑                                        👍 **Helpful (4)**

---

Patti S.                                                        Message | Follow
1 review • 4 helpful votes

### Still waiting for a response for an order

⬤⬤⬤⬤⬤ April 27th, 2017

When you order from this company be ready to get something from China... they have no control over inventory. Nor do they credit back your account. Since sizes are not true to regular sizes you have to order larger pants... and they will not fix it. They take the cheap way out.

Comment | ♥ Thank you | ⚑                                        👍 **Helpful (4)**

---

Alyssa P.                                                       Message | Follow
2 reviews • 10 helpful votes

### IT'S A SCAM! STAY AWAY FROM THIS MERCHANT!

⬤⬤⬤⬤⬤ August 14th, 2017

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:37:14



**BestYogaStore.us**    Overview    **Reviews**    Q&A

Comment | ♡ Thank you | ⚑                                👍 **Helpful** (4)

Alyssa P.                                                Message | Follow
2 reviews · 10 helpful votes

## IT'S A SCAM! STAY AWAY FROM THIS MERCHANT!

⭐ August 14th, 2017

Worst experience of purchasing the clothing ever! ==They state that made in the USA and send the items that are made in China and cheap==, thin, no support items. I tried to dispute from PayPal, but they let them get away because this company knows how to play the game of disputing! DO NOT ORDER FROM THIS COMPANY EVER!

Comment | ♡ Thank you | ⚑                                👍 **Helpful** (6)

Lisa R.                                                  Message | Follow
2 reviews · 2 helpful votes

## CROOKS! HORRIBLE!

⭐ June 19th, 2018

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:37:28



**BestYogaStore.us**     Overview     **Reviews**     Q&A

made in China and cheap, thin, no support items. I tried to dispute from PayPal, but they let them get away because this company knows how to play the game of disputing! DO NOT ORDER FROM THIS COMPANY EVER!

Comment | Thank you |          👍 **Helpful** (6)

Lisa R.
2 reviews  ·  2 helpful votes          Message | Follow

## CROOKS! HORRIBLE!

⭐ June 19th, 2018

I ordeted these pants, THEY ARE TERRIBLE, I tried to return, they continually ignored my requests. CHEAPLY MADE, NOT MADE IN US. SCAM.

Comment | Thank you |          👍 **Helpful** (2)

Shiva C.
1 review  ·  2 helpful votes          Message | Follow

## SCAM SCAM SCAM! NOT A USA COMPANY AS THEY CLAIM

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:37:37



**BestYogaStore.us**    Overview    **Reviews**    Q&A

Shiva C.
1 review  •  2 helpful votes

Message  |  Follow

## SCAM SCAM SCAM! NOT A USA COMPANY AS THEY CLAIM

★☆☆☆☆  February 6th, 2018

This is the biggest rip off! They claim to be a California Company but the pant I ordered took almost 3 months to arrive because they were being shipped from China! In case you don't know this already, sizes in China are not the same as USA sizing. The large is more like a small and wouldn't even go up one leg! I would have never purchased from them had I known the truth that they were not a USA company. The worst part is the material is so cheap! You could buy a pair of pants like these from Walmart for $5.00. And I paid $63.00 for them! They're a joke. The company is a scam! Why didn't I check up on them before buying? OH I KNOW WHY! BECAUSE THEY SAY THEY ARE A CALIFORNIA COMPANY IN THEIR AD WHICH IS TOTALLY MISLEADING AND A SCAM!

**Tip for consumers:**
DO NOT BUY FROM THEM AND WARN YOUR FRIENDS!

★☆☆☆☆  Service
★☆☆☆☆  Value
★☆☆☆☆  Shipping
★☆☆☆☆  Returns
★☆☆☆☆  Quality

▲ Show less

Comment  |  ♡ Thank you  |  ⚑

👍 **Helpful** (2)

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:37:58

**BestYogaStore.us**   Overview   **Reviews**   Q&A

Joy D.
1 review  •  4 helpful votes

Message  |  Follow

### Accidently gave 5 stars meant to give 1

May 3rd, 2017

Scam, scam, scam... Operates out of a motel in Las Vegas Nevada selling Chineese sweatshop knockoffs of thier stolen store designs and picture. Content

Comment  |  ♥ Thank you  |  ⚑

👍 Helpful (4)

Previous          1   2   3   4   5          Next

## Similar businesses you may also like



https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:39:40



**BestYogaStore.us**     Overview     **Reviews**     Q&A

Comment | Thank you | ⚑                                  👍 **Helpful** (9)

Olga S.                                               Message | Follow
3 reviews • 26 helpful votes

### Please don't fall for this scam

⭐☆☆☆☆  April 2nd, 2018 • Updated review

I was not able to return the merchandise because the company "scared" me with very high international return fees and declined providing the return information. Pants still with me in original package with the originating address written in Chinese. Also I was not able to contest the payment through my credit card. BYS submitted a confirmation of the order to Citi bank dispute request. Citi bank was useless to fight for the customer.
All the positive reviews of BYS merchandise are fake. Think, when you go to Best Yoga Store website:
https://bestyogastore.us/pages/customer-reviews
And try to leave the feedback/review -- there is no way, you absolutely cannot leave you review.
▲ Show less

Comment | Thank you | ⚑                                  👍 **Helpful** (4)

### NO RETURNS TO BestYogaStore

⭐☆☆☆☆  February 6th, 2018 • Previous review

PLEASE BE AWARE you won't be able to return your purchase in case you are not satisfied with quality or size. Here is the response from BestYogaStore (copy&paste) when I asked them for the return address or



**BestYogaStore.us**　　　Overview　　　Reviews　　　Q&A

fees and declined providing the return information. Pants still with me in original package with the originating address written in Chinese. Also I was not able to contest the payment through my credit card. BYS submitted a confirmation of the order to Citi bank dispute request. Citi bank was useless to fight for the customer.

All the positive reviews of BYS merchandise are fake. Think, when you go to Best Yoga Store website: https://bestyogastore.us/pages/customer-reviews

And try to leave the feedback/review -- there is no way, you absolutely cannot leave you review.

▲ Show less

Comment　|　♡ Thank you　|　⚑

👍 **Helpful** (4)

### NO RETURNS TO BestYogaStore

February 6th, 2018 • Previous review

PLEASE BE AWARE you won't be able to return your purchase in case you are not satisfied with quality or size. Here is the response from BestYogaStore (copy&paste) when I asked them for the return address or return instructions.

They are NOT located in United States.

"If you want to pay the very expensive international shipping fees it will be around $200 because of the custom clearance for merchandise entering the destination country! Your return is considered as an import and will be destroyed by the custom agents if you do not pay the custom clearance ($150 due high import taxes in our country). The package needs to be in the exact same condition and sealed as received or else, you can't have a credit."

▲ Show less

### Do not order from Best Yoga Store

January 23rd, 2018 • Previous review

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:40:38



BestYogaStore.us      Overview      **Reviews**      Q&A

Aleksandra P.
1 review  •  9 helpful votes

Message  |  Follow

## It is a very low quality chinese $#*!! Workout leggings broke the first time I tried them on!

★☆☆☆☆ December 30th, 2016

First of all this site does not openly say that the delivery can take from 10- up to 20days. The TRACKING NUMBER they gave was impossible to track. NO ONE ANSWERS the phone. I thought I got scammed and called the bank to cancel my card. However, the oder finally ARRIVED AFTER 30 DAYS. I ordered leggings and workout jumpsuit. The quality is so pour! It looks like it was made for 3$ in 3min! Material is not stretchy, it STARTED TO SAG IN THE KNEE AREA, the SEAMS are CRICKET and have threads sticking out of them. THE SIZE DO NOT MATCH. I ordered both in S. However, legging came too big(I would say, they match M size more then S) and the seams on them ripped as soon as I put them on. If these clothes fall apart not even hardly moving in it, what would happen if I worked out in it?!

▲ Show less

Comment  |  ♡ Thank you  |  ⚐

👍 Helpful (9)

Elise S.
1 review  •  5 helpful votes

Message  |  Follow

SCAM! And CANNED responses to complaints - NO resolution!

https://www.sitejabber.com/reviews/bestyogastore.us
Captured: 13 August 2021, 12:41:54



Comment | ♥ Thank you | ⚑                              👍 **Helpful (9)**

Elise S.                                              Message | Follow
1 review • 5 helpful votes

### SCAM! And CANNED responses to complaints - NO resolution!

⭐☆☆☆☆  May 14th, 2017

ZERO!

So I ordered Yoga pants online after a several decent interactions with Noli.com. I'm super skeptical after other online shopping issues. However, figuring I'm buying leggings - workout wear the worst that can happen is forever shipping and poor quality.

Well YES! I got all that but didn't expect stretchy spandex to have sizing issues. These leggings do not look at all like their photo online. Their model must be 5'2. I am 5'10 but these leggings should come just below the knee and then have this wrap around thing all the way down. Totally can NOT pull off the look with leggings stopping 2 inches above my leg and the super cute wrap with the strap in the picture was much wider and longer than what you get. Even if these pants were long enough they are hideous!

I first complained when items hadn't shipped after 2 weeks of ordering... no response. Then 5 days later I get an email that says not to worry the items are now shipped and on the way with some healing bracelet I could care less about.

I wrote back stating I asked for my order to be cancelled if it hadn't shipped and another odd mess not to worry. I wasn't even worried. I asked a question that required a resolution.

After my third interaction which was no longer cordial, this is my response from them:
"We also have posted on the product page and in your confirmation email that we are on 2-4 week window for delivery. It actually has been a little bit better than that but due to demand, we kind of gave ourselves a buffer to make sure customers knew that it could be just a little bit longer than normal. Please note that the expected delivery date is provided by the courier, and is subject to change. For any questions, please contact the courier directly.

Also make sure to use the discount coupon "HAPPY" (without quotes) in the checkout page for your next order. This is our way to say "thank you!" -it's TME LIMITED!- We've just added our new 2017 Legging's Line. "

Like I would order again when I just said how pissed off I was it was one day shy of a month? WTH? And in multiple emails they stated I would get this lovely bracelet - ugly as hell, of no use and I didn't order. All I wanted was for my items to be cancelled after 2 weeks when I realized they hadn't been shipped yet. TOTAL SCAM! ==Do you know what it costs to return items to China?== ==I didn't know my items were coming from CHINA until my first email== which spiraled into THIS!

==COST TO CHINA is far more than you paid for your items!==. I'm a low income mom trying to make money teaching fitness. It doesn't pay to buy from these random sites. It's cost me more trying to recover the cost for pants that don't fit, can't wear and can't return... That bargain $50 is money I could have spent towards quality Lulu or Athletica pants.

I really HATE this company for taking advantage or people and customer service is useless. They thank you and offer you more coupon codes to buy more SH! T that is just as bad without any resolution and tell you to enjoy the free sh! T sent to you even if you don't want it. It will cost me twice the cost to ship all this back and ==they are happy to point this fact out== it ==ships to China so what== would you like to do? Give your useless item to a friend and buy something half off and try again? Oh and keep the ugly POS bracelet they sent as their gift for their trouble? LAME LAME... Don't do it! Their items DO NOT LOOK LIKE THEIR photos... tho oddly in my complaint, I was emailed photos of so many happy customers with those same pants and their photos. Hmmm, same photos as their ads... NOT right!

SCAM!
▲ Show less

Comment | ♥ Thank you | ⚑                              👍 **Helpful (5)**