IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FREDDY S.P.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-628 (MN) |
| ) | |
| ABDESLAM KALAI, KALAI PHONY, ) | |
| KALAI GROUP, LLC, and GOOGLE, LLC, ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

At Wilmington, this 25th day of July 2022:

WHEREAS, on April 28, 2022, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 29) in this action recommending that the Court grant Plaintiff's Motion for Default Judgment (D.I. 26), enter judgment pursuant to Federal Rule of Civil Procedure 58 against Defendants Abdeslam Kalai, Kalai Phony, and Kalai Group, LLC ("the Defaulting Defendants"), and issue a permanent injunction against the Defaulting Defendants in the form attached to Plaintiff's motion;

WHEREAS, as ordered in the Report, on April 28, 2022, Plaintiff served a copy of the Report on the Defaulting Defendants in the same manner Plaintiff served the Defaulting Defendants with the Entry of Default in Appearance (D.I. 30); and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED, that the Report and Recommendation (D.I. 29) is ADOPTED and Plaintiff's Motion for Default Judgment (D.I. 26) is GRANTED. A separate Default Judgment and Permanent Injunction with be entered forthwith.

IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this Order Adopting Report and Recommendation and a copy of the Default Judgment and Permanent Injunction on the Defaulting Defendants in the same manner Plaintiff served Defaulting Defendants with the Entry of Default in Appearance.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Court Judge